# EXHIBIT 2



Search  LOGIN  REGISTER

HOME  ABOUT  PRODUCTS  NEWS  CAREERS  CONTACT

# TMX PARTS SEARCH ENGINE

Home / TMX Parts Search Engine

- U-Based
- High-Retention
- Sealing
- Plastic
  - Bird Beak
  - Arrowhead
  - Exo-Beak
- Magnet
- Specialty
- Tether
- U&J Nuts
- Wire, Cable & Tube Clips
- Plastic Nuts & Rivets
- Cage Nuts

## Plastic / Bird Beak

 

| | Part Number | Part Type | Hole Dia. | Panel Thick. | Max. Ins. (lbs.) | Min. Ret. (lbs.) | "A" | "B" | "C" | "D" | "E" | "F" Set-Up | Downloads |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50303 | Non-Sealing | 9.0 | 1.60 - 2.00 | 12 | 40 | 19.5 | 28.4 | 10.7 | 18.6 | 5.0 | 6.0 | Part Print |
| | 50306 | Non-Sealing | 9.0 | 0.60 - 1.00 | 12 | 40 | 19.5 | 27.0 | 10.6 | 18.6 | 2.9 | 6.7 | Best Practice / Part Print |
| | 50315 | Non-Sealing | 9.0 | 1.60 - 2.00 | 12 | 40 | 19.4 | 29.1 | 10.8 | 18.4 | 5.0 | 6.8 | Best Practice / Part Print |
| | 50316 | Non-Sealing | 8.5 | 0.70 - 1.30 | 10 | 20 | 13.0 | 22.0 | 9.9 | 18.0 | 2.7 | 3.5 | Best Practice / Part Print |
| | 50317 | Non-Sealing | 8.5 | 1.20 - 1.80 | 10 | 20 | 16.5 | 23.6 | 10.0 | 18.0 | 3.8 | 3.3 | Best Practice / Part Print |
| | 50320 | Non-Sealing | 10.0 | 1.20 | 12 | 40 | 15.0 | 23.1 | 11.2 | 19.5 | 2.6 | 3.1 | Best Practice / Part Print |
| | 50321 | Non-Sealing | 9.5 | 2.30 - 3.80 | 15 | 30 | 15.0 | 25.8 | 11.6 | 19.5 | 2.6 | 3.1 | Best Practice / Part Print |
| | 50323 | Non-Sealing | 9.0 | 1.60 - 2.00 | 12 | 30 | 19.5 | 28.4 | 10.8 | 18.6 | 5.0 | 5.8 | Best Practice / Part Print |
| | 50324 | Non-Sealing | 9.0 | 0.60 - 1.00 | 12 | 30 | 19.5 | 26.2 | 10.8 | 18.6 | 2.9 | 6.0 | Best Practice / Part Print |
| | 50326 | Non-Sealing | 9.0 | 0.60 - 1.00 | 12 | 30 | 19.5 | 26.2 | 10.7 | 18.6 | 2.9 | 5.7 | Best Practice / Part Print |
| | 50329 | Non-Sealing | 7.0 | 0.70 - 1.00 | 10 | N/A | 9.0 x 12.0 | 17.6 | 10.0 | 17.0 | 1.7 | 2.1 | Best Practice / Part Print |
| | 50339 | Non-Sealing | 7.0 | 0.70 - 1.00 | 10 | N/A | 9.0 x 12.0 | 17.6 | 10.0 | 17.0 | 1.7 | 2.1 | Best Practice / Part Print |
| | 50341 | Non-Sealing | 7.4 | 1.00 - 2.00 | 8 | 50 | 15.0 | 19.1 | 9.2 | 17.0 | 2.75 | 5.4 | Part Print |
| | 50342 | Non-Sealing | 7.4 | 0.70 - 0.90 | 8 | 50 | 13.0 | 18.5 | 9.0 | 17.0 | 2.5 | 6.5 | |
| | 50349 | Non-Sealing | 6.0 | 0.70 - 1.00 | 13 | 50 | 9.5 | 13.8 | 7.5 | 9.5 | 2.2 | 1.5 | Part Print |

| | Part # | Type | A | B | C | D | E | F | G | H | I | J | Links |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50431 | Non-Sealing | 7.40 | 0.70 - 0.90 | 8 | 50 | 13.0 | 18.5 | 9.0 | 17.0 | 2.5 | | |
| | 50432 | Non-Sealing | 7.40 | 1.00 - 2.00 | 8 | 50 | 15.0 | 19.1 | 9.2 | 17.0 | 2.75 | | |
| | 71200 | Sealing | 9.1 | 0.60 - 1.00 | 12.0 | 40.0 | 19.5 | 27.0 | 10.6 | 20.0 | 2.9 | 7.0 | Best Practice / Part Print |
| | 71201 | Sealing | 9.0 | 1.20 - 2.00 | 12.0 | 40.0 | 19.5 | 28.4 | 10.7 | 20.0 | 5.0 | 6.0 | Best Practice / Part Print |
| | 71202 | Sealing | 9.0 | 0.60 - 1.00 | 12.0 | 40.0 | 19.5 | 26.2 | 11.0 | 20.0 | 2.9 | 6.0 | Best Practice / Part Print |
| | 71203 | Sealing | 9.0 | 1.60 - 2.00 | 12.0 | 40.0 | 19.4 | 29.1 | 10.8 | 20.0 | 4.9 | 7.1 | Best Practice / Part Print |
| | 71206 | Sealing | 9.0 | 0.60 - 1.00 | 12.0 | 30.0 | 19.5 | 26.2 | 10.8 | 20.0 | 2.9 | 6.0 | Best Practice / Part Print |
| | 71209 | Sealing | 9.0 | 1.60 - 2.00 | 12.0 | 40.0 | 19.5 | 28.4 | 10.8 | 20.0 | 5.0 | 6.0 | Best Practice / Part Print |
| | 71210 | Sealing | 9.0 | 0.60 - 1.00 | 12.0 | 30.0 | 19.5 | 26.2 | 10.8 | 20.0 | 2.9 | 6.0 | Best Practice / Part Print |
| | 71214 | Sealing | 8.2 | 0.80 - 1.00 | 11.0 | 60.0 | 13.0 | 18.0 | 8.8 | 20.0 | 4.1 | 3.1 | Best Practice / Part Print |
| | 71216 | Sealing | 9.0 | 0.70 - 1.30 | 10.0 | 75.0 | 12.0x20.0 | 16.3 | 10.5 | 19.3 | 2.6 | 2.6 | Best Practice / Part Print |
| | 71218 | Sealing | 7.4 | 1.00 - 2.00 | 8.0 | 50.0 | 15.0 | 19.1 | 9.2 | 17.0 | 2.75 | 6.5 | |
| | 71219 | Sealing | 7.4 | 0.70 - 0.90 | 8.0 | 50.0 | 13.0 | 18.5 | 9.0 | 17.0 | 2.5 | 5.4 | Part Print |
| | 71224 | Sealing | 7.50 - 8.00 | 0.70 - 1.10 | 12.0 | 60.0 | 10.0 | 14.3 | 9.5 | 19.25 | 1.75 | 2.23 | Best Practice / Part Print |
| | 71225 | Sealing | 7.50 - 8.00 | 0.70 - 1.30 | 12 | 60 | 12.0 | 15.3 | 9.5 | 19.25 | 2.75 | 2.55 | Best Practice / Part Print |
| | F015 | Non-Sealing | 8.8 | 0.70 - 0.90 | 12 | 30 | 16.0 | 21.4 | 10.7 | 14.0 | 3.6 | 1.80 | Part Print |
| | F182 | Sealing | 8.0 | 0.70 - 1.20 | 18 | 25 | 13.2 | 19.8 | 9.3 | 13.2 | 2.3 | | |
| | F251E | Sealing | 8.3 | 0.80 | | 50 | 13.2 | 15.0 | 9.3 | 17.0 | 2.1 | | Part Print |
| | F412A | Sealing | 8.0 | 0.70 | 9 | 37 | 13.2 | 18.0 | 9.3 | 17.0 | 2.1 | | Part Print |
| | F413A | Non-Sealing | 8.0 | 0.70 - 1.20 | 9 | 37 | 13.2 | 18.0 | 9.3 | 17.0 | 2.1 | | Part Print |
| | P30285 | Non-Sealing | 8.0 | 0.70 - 0.90 | 14 | 72 | 13.2 | 18.0 | 9.3 | 17.0 | 2.1 | | Part Print |
| | PRM02730 | Sealing | 7.7 | 0.90 - 1.20 | 10 | 22 | 13.2 | 19.8 | 8.6 | 17.0 | 2.3 | 2.8 | |
| | PRM02788 | Non-Sealing | 8 | 2.60 - 3.50 | 18 | 27 | 13.2 | 19 | 7.8 | 17.0 | 2.7 | 1.9 | Part Print |
| | PRM02831 | Sealing | 5.2 | 0.55 - 0.75 | 6 | 27 | 6.5 x 14 | 11.5 | 6.7 | 9.0 | 1.3 | 1.9 | Part Print |
| | PRM02923 | Non-Sealing | 8.0 | 0.70 - 1.20 | 13 | 35 | 13.2 | 18.8 | 9.3 | 17.0 | 2.7 | | Part Print |
| | PRM03151 | Sealing | 8.0 | 1.30 - 1.80 | 9 | 37 | 13.2 | 18.0 | 9.3 | 17.0 | 2.1 | | Part Print |
| | PRM03226 | Non-Sealing | 8.0 | 0.70 - 1.20 | 12 | 57 | 13.2 | 18.1 | 9.3 | 17.0 | 2.1 | | Part Print |
| | PRM03290 | Non-Sealing | 8.0 | 0.70 - 1.20 | 13 | 45 | 13.2 | 19.8 | 9.3 | 17.0 | 2.3 | | Part Print |

| | Part # | Type | Head Dia | Panel Range | Hole Length | Hole Width | Height | Head Height | Stem Dia | Leg Width | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PRM03321 | Sealing | 8.0 | 0.70 - 1.20 | 9 | 37 | 13.2 | 14.0 | 9.3 | 17.0 | 2.1 | |
| | PRM03375 | Non-Sealing | 8.0 | 2.60 - 3.50 | 18 | 26 | 13.2 | 19.0 | 9.3 | 17.0 | 2.3 | |
| | PRM03547 | Sealing | 8.0 | 1.20 - 1.50 | 18 | 43 | 13.2 | 18.0 | 7.8 | 17.0 | 2.1 | Part Print |
| | PRM03579 | Sealing | 7.7 | 0.90 - 1.20 | 18 | 38 | 13.2 | 19.8 | 8.6 | 17.0 | 2.3 | Part Print |
| | PRM03582 | Sealing | 8.0 | 0.70 - 1.20 | 9 | 37 | 13.2 | 17.3 | 9.3 | 17.0 | 2.1 | Part Print |
| | PRM03584 | Sealing | 8.0 | 1.30 - 1.80 | 9 | 37 | 13.2 | 17.3 | 9.3 | 17.0 | 2.1 | Part Print |
| | PRM03612 | Non-Sealing | 8.2 | 0.80 - 1.50 | 13 | 43 | 13.2 | 18.4 | 9.3 | 17.0 | 2.3 | 1.7 | Part Print |
| | PRM03658 | Sealing | 8.0 | 1.00 - 1.80 | 13 | 43 | 13.2 | 14.0 | 9.3 | 17.0 | 2.1 | Part Print |
| | PRM03672 | Sealing | 8.2 | 1.50 - 2.00 | 13 | 22 | 13.2 | 18.8 | 9.2 | 17.0 | 2.7 | Part Print |
| | PRM03723 | Sealing | 8.0 | 0.73 - 0.90 | 22 | 60 | 13.2 | 20.0 | 9.3 | 13.2 | 2.3 | |
| | PRM03796 | Sealing | 5.2 | 0.55 - 0.76 | 6 | 27 | 6.5 x 15 | 11.5 | 6.7 | 9.0 | 1.3 | 1.9 | |
| | PRM03797 | Sealing | 5.2 | 0.55 - 0.77 | 6 | 27 | 6.5 x 16 | 11.5 | 6.7 | 9.0 | 1.3 | 1.9 | |
| | PRM03868 | Sealing | 5.2 | 0.55 - 0.78 | 6 | 27 | 6.5 x 17 | 11.5 | 6.7 | 9.0 | 1.3 | 1.9 | |
| | ZUS30287 | Sealing | 8.0 | 0.70 - 0.90 | 20 | 67 | 13.2 | 18.0 | 9.3 | 17.0 | 2.1 | Part Print |

Showing 1 to 57 of 57      Previous  **1**  Next

## OUR LOCATIONS

 United States     Canada     Mexico     China

## QUICK LINKS

Home
About
Products
News
Careers
Contact

Employees

## TERMS & CONDITIONS

Click here for Termax's terms & Conditions

## FOLLOW US

  

Termax is a Lisi-Automotive Company. To learn more, visit their website at:
https://www.lisi-automotive.com/

Copyright © 2020 Termax a Lisi Automotive Company | website by NYNDESIGNS | powered by Web OS