# EXHIBIT 4

A worldwide
company
specializing in
the design and
manufacture **of**
**value added**
**assembly**
**solutions**



# Clip
# Fastening
# Solutions

LISI Automotive,
innovating since 1777

# **Our Global Footprint**



**NAFTA**

LAKE ZURICH
LIVONIA
MONTERREY
QUERETARO
WINDSOR

U.S.A
5 sites

**EURO-MED**

CEJC
DASLE
DELLE
LA FERTÉ-
FRESNEL
GRANDVILLARS
HEIDELBERG
KIERSPE
LURE
MADRID
MÉLISEY
MELLRICHSTADT
PUISEUX
ST-FLORENT
TANGIERS
VÖHRENBACH

EURO-MED
15 sites

CHINA
3 sites

**CHINA**

BEIJING
SHANGHAÏ
SUZHOU

## KEY FIGURES ABOUT LISI AUTOMOTIVE IN 2018

| 581 M€ | 22 | 45 M€ | 4 000 |
|--------|-----|--------|-------|
| sales revenue | sites | invested | collaborators |



### OPTIMIZATION
to ease assembly system

- Simplify your assemblies
- Fastener prepositionning to save assembly time
- Reduce effort for operator
- Reduce fastener diversity

   

### INDUSTRIAL PERFORMANCE

The reliability of our products is a priority:
- laboratories and internal research centers
- mastery of manufacturing processes (vertical integration and technological expertise)
- continuous development of new technologies





### INNOVATION
as a factor of growth

To support changes in the automotive industry, a collaborative innovation approach is in place, in addition to the traditional R & D programs of the company.

Lots of innovations are developed at the request of a customer, but other innovations can also be initiated by the employees of LISI Automotive.

### LIGHT WEIGHTING
our solutions

- Metal plastic substitution and integration
- High performance metals to reduce weight
- Assembly redesign to eliminate components
- Fastener solutions for multi-material and light weight vehicle design

   



# Your Global Engineering Solutions Provider.

—

LISI Automotive and Termax LLC partnered in 2017 to create worldwide fastening solutions. Globally employing over 4000 individuals in Manufacturing, Engineering & Sales, in 25 facilities across 10 countries.

Our team will work with you through all phases of your project; from initiation of ideas with engineering and design, to tooling and manufacturing completed through requirement planning, shipping and logistics. We truly are your one-stop solution for all fastener needs.

Providing our world class team with the tools necessary, we encourage you to browse our catalogue to view only a small percentage of the fastener types and abilities that we can offer to you. Please contact your Account Manager today – we are eager to provide you with the best engineering solutions possible.

# Engineered Solutions

## Magnet Plate Attachment

As more and more vehicles have started to use aluminum in the body, Termax has had to develop an alternate way for magnets to be attached. In order to allow for the use of a magnet on aluminum Termax has created a snap in steel plate to be used as a magnetic surface.







## Screwless High Retention Clips

Traditionally high retention clips in the vehicle will have a visible screw or screw cap cover. To many, the visible screw and screw cap covers are unsightly. In response to this Termax developed a high retention clip that provides the high extraction without unwanted visible dissatisfiers. This was done by creating high retention clip that would be snapped into a doghouse like a plastic birds beak, and serviced out of the same feature.



## Lock Rod Bezel

This is a plastic sleeve that snaps into the underside of the beltline of the door onto the actual "Class A" lock rod bezel. This sleeve Termax created addressed several issues the "Class A" bezel had on its own:





### Improved Retention

The "Class A" bezel by itself is plastic snaps or fins attaching to a plastic substrate. At times the lock rod would function up and down and pop the "Class A" bezel out of the door. The "Class B" bezel Termax created prevents this from occurring.

### Improved Lead In

The "Class A" bezel by itself has almost no lead in for the OEM operator to fish the lock rod through the door trim during installation. The "Class B" bezel Termax created provides ample lead in for the operators.



# Custom Innovations!

## Belt Line Clips

Weld flanges are typically located at the edges of trim parts where key fit and finish measurements are found. The weld flanges are not typically friendly to attachments, but beltline clips have become the exception. By switching the slot from the s/m body to the trim part Termax has created an extremely robust clip solution for weld flange attachments.





**Belt Line Clip**



## Locator Cap Clips

It is general design practice to have a locator on all trim pieces. Unfortunately some customers have found that they do not have the package space to include a locator post and a clip tower. In order to solve this problem Termax developed a clip that combines the locator post with the clip!

 

## Metal Doghouse Assembly

In applications, such as an exterior B/C Pillar, there is not enough package space to mold a doghouse into the part. In order to eliminate the need for a molded doghouse, Termax developed a low profile clip assembly that includes a metal doghouse and a plastic clip. This avoids the need for a molded doghouse and instead uses two very small molded ribs.





**Metal Doghouse Assembly**



# Engineered Solutions

## Lightweight Solutions

LISI's expertise in both metal and plastic technologies is being used at the forefront of light weighting technologies. By taking a current metal component and redesigning it with a structural plastic construction (using a specific blend of glass fiber and plastic), LISI is able to reduce component weights significantly. In some designs it is possible to eliminate complexity by redesigning the fastening strategy.



## Wire Harness Brackets

Specific wire channel brackets are developed to reduce complexity in the current wire attachment scheme. LISI will combine multiple clips, brackets, and attachments all into one molded bracket. This reduces weight, complexity, and assembly time.





## Spoiler Insert Nuts

One challenge with designing a spoiler is the ability to account for the thermal expansion this part experiences. LISI has developed a variety of sliding insert nuts. These nuts are inserted into a doghouse feature to allow them to compensate for thermal expansion and at the same time ensure a secure threaded attachment to the vehicle. These insert nuts also serve as a compression limiter to eliminate damage to the spoiler. Insert nuts are available in a variety of options including plastic, metal, sealing, and non-sealing.



lisi AUTOMOTIVE

# Custom Innovations!

## Door Striker Attachment

Door strikers are typically attached to a welded or crimped nut. In order to save assembly time and money, LISI developed a clip in nut for the striker bracket. These door striker attachments are an assembly of a plastic bracket and the nut. An even better advantage of these attachments is they allow for 2 directions of float for gap adjustments.



## Rocker Panel Clips

Unique rocker panel clips are needed in applications where a molded doghouse is undesirable or is not packageable. Some molded doghouses can lead to visible shrink marks on the rocker panel. LISI has developed these unique clips that attach to a rib on the panel which eliminates the need for a doghouse. Additionally these rocker panel clips are able to obtain a much higher extraction value, reaching between 180 – 225 LBS.





Clipping Rib

Clipping Axis on Vehicle

Clipping Axis on Rocker Pannel

## Axle Spacers

Typical axel spacers are completely metal components and are very heavy. In order to promote weight savings in the vehicle LISI developed axel spacers that are a hybrid of plastic and metal. The metal inserts within the plastic carrier can also be swapped out for different thickness, this allows one tool to be used across many platforms which reduces complexity.



Plastic Carrier



Metal Inserts



# Table of Contents



**U-Based**
pg. 7



**Wire, Cable & Tube Clips**
pg. 41



**High-Retention**
pg. 14



**Plastic Nuts & Rivets**
pg. 44



**Plastic**
pg. 19



**Specialty**
pg. 47



**Magnet**
pg. 24



**OEM Number Cross Reference**
pg. 53



**Tether**
pg. 27



**U&J Nuts**
pg. 30



**Cage Nuts**
pg. 36

Revision
03.12.20



# U-Based

**P A R T   F A M I L Y**

## About

Termax's U-Based Fasteners will provide you with a robust engineering solution for all your fastening needs. Clips are available in a variety of "set-up heights", sizes and configurations. Termax U-Based Fasteners offer low insertion and a wide range of controlled extraction forces.

## Wide Selection

Clips offered:
• in different heights and widths
• in different set-up heights
• for attaching to plastics or metals
• for various hole sizes
• in a variety of finishes and colors
• with different controlled extraction forces

## Aggressive Barbs

Termax U-Based Fasteners are designed with aggressive barbs. These barbs have excellent retention to a wide variety of materials.

### "Coining"



Termax's unique "coining" process is applied to the wings of the clip providing lower insertion efforts and additional control efforts.

## Interchangeability

Termax's ability to control extraction efforts (via coining), gives you options without changing your tools. Instead, Termax can offer you essentially the same clip with a modified coin that increases or decreases the extraction efforts.

## Application

Common areas U-Based fasteners are applied.



OVERHEAD CONSOLE — HEADLINER — SEATS — B-PILLAR — QTR TRIM — A-PILLAR — BADGES — INSTRUMENT PANEL — INTERIOR DOORS — GRILLES — CLADDING — FRONT FASCIA — FLOOR CONSOLE — COWL TRIM



# U-Based
## PART LIST & DIMS

## U-Based | 0 - 1.5 Panel Thickness


30256


30262


30448


30450


30501


30600


30606


30610


30613


30625


30650


30716



**0 - 1.5 Panel Thickness**

| Part Number | Slot Width | Panel Material | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" Set-Up |
|---|---|---|---|---|---|---|---|---|---|---|
| 30256 | 6.00 | Steel | 0.71 - 1.50 | 18.00 | 25.00 | 12.50 | 11.30 | 12.00 | 7.40 | 3.15 |
| 30262 | 6.00 | Steel | 0.70 - 1.50 | 17.00 | 40.00 | 10.80 | 12.10 | 7.50 | 7.90 | 8.10 |
| 30448 | 7.00 | Plastic/Steel | 0.70 - 1.50 | 18.00 | 30.00 | 12.00 | 15.80 | 12.00 | 9.80 | 5.90 |
| 30450 | 6.00 | Plastic/Steel | 0.70 - 1.50 | 13.00 | 20.00 | 14.00 | 16.60 | 12.00 | 9.20 | 3.50 |
| 30501 | 6.00 | Steel | 0.70 - 1.50 | 10.00 | 30.00 | 12.80 | 16.40 | 12.00 | 8.90 | 4.10 |
| 30600 | 6.00 | Steel | 0.70 - 1.50 | 10.00 | 25.00 | 12.80 | 16.10 | 12.00 | 8.90 | 3.80 |
| 30606 | 6.00 | Steel | 0.70 - 1.50 | 10.00 | 25.00 | 12.80 | 16.10 | 12.00 | 8.90 | 3.80 |
| 30610 | 6.00 | Steel | 0.60 - 0.80 | 18.00 | 30.00 | 11.60 | 15.80 | 12.00 | 9.20 | 1.40 |
| 30613 | 6.00 | Steel | 0.70 - 1.50 | 10.00 | 10.00 | 13.10 | 16.10 | 12.00 | 8.90 | 3.50 |
| 30625 | 6.00 | Steel | 0.70 - 1.50 | 10.00 | 20.00 | 12.60 | 25.30 | 12.00 | 10.00 | 4.00 |
| 30650 | 6.00 | Plastic/Steel | 0.70 - 1.20 | 10.00 | 10.00 | 11.60 | 15.80 | 12.00 | 9.20 | 2.40 |
| 30716 | 8.25 | Plastic/Steel | 0.70 - 1.50 | 10.00 | 25.00 | 11.00 | 14.00 | 10.00 | 10.00 | 2.30 |

LISI AUTOMOTIVE

# U-Based

**PART LIST & DIMS**

## U-Based | 1.5 And Greater Panel Thickness



1007023   28000   30229   30257   30259   30265   30447   30453   30505

   

30603   30612   30624   30626   30628   30634   30643   30645   30705

30708   30710   30718   68921

 

**Greater Than 1.5**

| Part Number | Slot Width | Panel Material | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" Set-Up |
|---|---|---|---|---|---|---|---|---|---|---|
| 1007023 | 6.00 | Plastic | 2.00 - 3.00 | 17.00 | 30.00 | 10.80 | 12.10 | 7.40 | 7.90 | 8.10 |
| 28000 | 8.40 | Plastic | 2.35 - 2.65 | 6.60 | 11.00 | 9.20 | 15.20 | 7.00 | 10.30 | 11.90 |
| 30229 | 6.00 | Steel | 0.70 - 2.50 | 25.00 | 20.00 | 13.00 | 16.00 | 12.00 | 10.40 | 3.50 |
| 30257 | 6.00 | Plastic | 1.50 - 3.00 | 18.00 | 25.00 | 12.50 | 11.30 | 12.00 | 7.50 | 3.60 |
| 30259 | 6.00 | Plastic | 2.00 - 3.00 | 12.00 | 30.00 | 10.80 | 12.10 | 7.50 | 7.90 | 8.10 |
| 30265 | 6.50 | Plastic | 1.50 - 3.50 | 12.00 | 20.00 | 5.90 | 11.70 | 10.00 | 8.00 | 5.50 |
| 30447 | 6.00 | Plastic | 0.70 - 3.50 | 10.00 | 30.00 | 12.00 | 15.80 | 12.00 | 8.40 | 6.10 |
| 30453 | 6.00 | Plastic/Steel | 0.70 - 2.50 | 13.00 | 20.00 | 14.00 | 16.60 | 12.00 | 9.20 | 3.50 |
| 30505 | 6.00 | Plastic | 2.00 - 3.50 | 10.00 | 25.00 | 13.10 | 16.30 | 12.00 | 8.90 | 5.30 |
| 30603 | 6.00 | Plastic | 1.50 - 3.00 | 10.00 | 20.00 | 12.80 | 16.10 | 12.00 | 8.90 | 4.50 |
| 30624 | 6.00 | Plastic | 2.50 - 2.80 | 10.00 | 15.00 | 12.60 | 25.30 | 12.00 | 9.70 | 4.80 |
| 30628 | 6.00 | Steel | 0.70 - 3.00 | 10.00 | 25.00 | 7.50 | 18.20 | 12.00 | 8.90 | 5.70 |
| 30612 | 6.00 | Plastic/Steel | 1.50 - 3.00 | 10.00 | 20.00 | 12.80 | 16.10 | 12.00 | 8.90 | 4.90 |
| 30626 | 6.00 | Plastic/Steel | 1.50 - 3.00 | 10.00 | 7.00 | 12.80 | 16.10 | 12.00 | 8.90 | 4.50 |
| 30634 | 6.00 | Plastic/Steel | 0.70 - 3.00 | 10.00 | 25.00 | 7.50 | 18.20 | 12.00 | 8.70 | 6.30 |
| 30643 | 6.00 | Plastic | 2.50 - 3.00 | 10.00 | 20.00 | 12.80 | 16.10 | 12.00 | 8.90 | 4.50 |
| 30645 | 6.00 | Steel | 0.70 - 2.30 | 10.00 | 20.00 | 12.80 | 16.10 | 12.00 | 8.90 | 3.90 |
| 30705 | 9.00 | Steel | 0.70 - 3.50 | 10.00 | 25.00 | 19.00 | 18.90 | 15.90 | 12.00 | 4.90 |
| 30708 | 9.00 | Plastic/Steel | 0.70 - 3.50 | 10.00 | 25.00 | 19.00 | 18.90 | 15.90 | 12.00 | 7.10 |
| 30710 | 6.00 | Plastic/Steel | 1.50 - 3.50 | 15.00 | 25.00 | 7.90 | 16.50 | 11.00 | 8.60 | 6.20 |
| 30718 | 11.00 | Steel | 0.70 - 3.50 | 10.00 | N/A | 19.00 | 18.90 | 15.90 | 13.80 | 4.10 |
| 68921 | 6.00 | Plastic | 2.50 - 3.00 | 10.00 | 24.00 |  | 12.80 | 9.00 | 8.40 | 8.90 |

*Pictures are not to scale

**lisi** AUTOMOTIVE

# U-Based

## PART LIST & DIMS

### U-Based | One-Sided


26004


26008


68910


68915


68920



| Part Number | Slot Width | Panel Material | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" Set-Up |
|---|---|---|---|---|---|---|---|---|---|
| 26004 | | | | | | 10.80 | 15.00 | 9.50 | |
| 26008 | | | | | | 9.00 | 15.00 | 9.50 | |
| 68910 | | Plastic | | 15.00 | 25.00 | 16.00 | 16.00 | 7.70 | 4.70 |
| 68915 | | Plastic | 0.70 - 2.50 | 10.00 | 20.00 | 22.70 | 20.00 | 11.10 | 4.30 |
| 68920 | 5.50 | Plastic | 2.00 | 10.00 | 20.00 | 12.20 | 10.00 | 5.50 | 6.20 |

### Omega


26000


26006

26012


26015

26019



| Part Number | Slot Width | "A" | "B" | "C" | "D" | "E" Set-Up |
|---|---|---|---|---|---|---|
| 26000 | 4.80 | 10.00 | 14.50 | 9.00 | 8.50 | 6.60 |
| 26006 | 8.00 | 20.00 | 13.60 | 6.50 | 11.50 | 2.60 |
| 26012 | 4.80 | 10.00 | 22.30 | 9.00 | 8.50 | 6.50 |
| 26015 | 4.80 | 10.00 | 16.50 | 9.00 | 8.50 | 6.60 |
| 26019 | | 10.00 | 11.50 | 9.00 | 6.10 | |

lisi AUTOMOTIVE

# U-Based

**P A R T   L I S T   &   D I M S**

## U-Based | Sealing | Water


71028


71034


71051


71053


71055


71059


71089


71090


71091


71132




### Sealing Water

| Part Number | Slot Width | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" Set-Up |
|---|---|---|---|---|---|---|---|---|---|
| 71028 | 6.00 | 0.70 - 1.70 | 10.00 | 20.00 | 17.00 | 19.70 | 33.70 | 9.80 | 5.20 |
| 71034 | 6.00 | 0.70 - 1.70 | 15.00 | 25.00 | 17.70 | 19.70 | 38.90 | 9.80 | 5.20 |
| 71051 | 6.00 | 0.70 - 1.70 | 15.00 | 30.00 | 17.70 | 19.70 | 38.90 | 8.20 | 5.20 |
| 71053 | 6.00 | 0.70 - 1.50 | 10.00 | 20.00 | 13.00 | 20.80 | 43.80 | 8.70 | 4.30 |
| 71055 | 6.00 | 0.70 - 1.70 | 15.00 | 25.00 | 17.00 | 19.70 | 33.70 | 9.80 | 5.20 |
| 71059 | 6.00 | 1.80 - 2.20 | 10.00 | 20.00 | 17.00 | 19.70 | 33.70 | 9.50 | 5.20 |
| 71089 | 6.00 | 0.90 - 2.20 | 10.00 | 25.00 | 14.00 | 21.50 | 36.70 | 8.80 | 3.70 |
| 71090 | 6.00 | 0.70 - 1.70 | 15.00 | 25.00 | 17.70 | 19.70 | 38.90 | 7.70 | 5.20 |
| 71091 | 6.00 | 0.90 - 2.20 | 10.00 | 25.00 | 14.00 | 24.00 | 36.70 | 8.80 | 6.30 |
| 71132 | 6.00 | 0.70 - 1.50 | 15.00 | 25.00 | 17.70 | 19.70 | 38.90 | 8.70 | 5.20 |

## U-Based | Sealing | Water | Other Slot Sizes


71052




### Other Slot Sizes

| Part Number | Slot Width | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" Set-Up |
|---|---|---|---|---|---|---|---|---|---|
| 71052 | 7.00 | 0.70 - 1.70 | 18.00 | 45.00 | 17.70 | 19.70 | 38.90 | 9.80 | 5.20 |

lisi AUTOMOTIVE

# U-Based
## PART LIST & DIMS

### U-Based | Sealing | Dyna



| 71056 | 71062 | 71063 | 71064 | 71065 | 71074 | 71094 |

| 71099 | 71104 | 71114 | 71138 |



| Sealing Dyna | Part Number | Slot Width | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" Set-Up |
|---|---|---|---|---|---|---|---|---|---|---|
| | 71056 | 6.00 | 0.70 - 1.50 | 15.00 | 20.00 | 15.00 | 16.10 | 35.00 | 8.90 | 2.70 |
| | 71062 | 6.00 | 1.50 - 3.00 | 10.00 | 20.00 | 15.00 | 16.10 | 35.00 | 8.90 | 2.20 |
| | 71063 | 6.00 | 1.50 - 3.00 | 10.00 | 20.00 | 15.00 | 16.10 | 35.00 | 8.90 | 2.50 |
| | 71064 | 6.00 | 0.70 - 1.50 | 10.00 | 20.00 | 13.00 | 16.10 | 24.00 | 8.90 | 2.70 |
| | 71065 | 6.00 | 0.70 - 1.50 | 18.00 | 25.00 | 15.00 | 12.10 | 35.00 | 7.40 | 2.40 |
| | 71074 | 6.00 | 0.70 - 1.50 | 10.00 | 25.00 | 10.50 | 19.00 | 29.40 | 8.80 | 3.20 |
| | 71094 | 6.00 | 0.70 - 1.10 | 14.00 | 25.00 | 12.00 | 19.40 | 34.00 | 8.70 | 6.80 |
| | 71099 | 6.00 | 0.70 - 1.00 | 15.00 | 25.00 | 15.00 | 16.90 | 38.00 | 9.50 | 3.40 |
| | 71104 | 6.00 | 0.70 - 1.50 | 14.00 | 20.00 | 16.00 | 16.10 | 38.00 | 8.90 | 2.50 |
| | 71114 | 6.00 | 0.70 - 1.50 | 15.00 | 20.00 | 15.00 | 16.10 | 52.00 | 8.90 | 2.70 |
| | 71138 | 6.00 | 0.65-1.00 | 12.00 | 30.00 | 10.50 | 19.10 | 40.00 | 8.30 | 5.00 |

*Pictures are not to scale

lisi AUTOMOTIVE



# U-Based
PART LIST & DIMS

## U-Based | Sealing | Dyna | Other Slot Sizes



71057    71084    71111



### Other Slot Sizes

| Part Number | Slot Width | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" Set-Up |
|---|---|---|---|---|---|---|---|---|---|
| 71057 | 9.00 | 0.70 - 1.50 | 10.00 | 25.00 | 20.00 | 18.90 | 42.00 | 12.00 | 5.30 |
| 71084 | 9.00 | 0.70 - 2.00 | 10.00 | 25.00 | 20.00 | 18.90 | 42.00 | 12.50 | 5.50 |
| 71111 | 11.00 | 1.40 - 1.60 | 10.00 | N/A | 25.00 | 18.90 | 40.00 | 13.80 | 2.50 |

lisi AUTOMOTIVE

# High-Retention

### PART FAMILY

## About

Termax's High-Retention Clips will provide you with a robust engineering solution for your high retention needs. Clips are available in a variety of "set-up heights" and "foot-prints".

## Two Wings

The two-winged design provides lower insertion efforts while retaining high extraction values. Two-wings also reduces the opportunity for a partial installation that is inherent with the conventional four-winged design.

## Lock Top

This new and innovative feature provides the ultimate robustness to the body of the clip, both during installation and once installed into sheetmetal.

## Prevailing Torque Tabs

Eliminates the concern of the screw backing out over time.

### "Coining"

Termax's unique "coining" process is applied to the wings of the clip providing lower insertion efforts and additional control efforts.

### Serviceability

Removal of the fastener from the slot can be accomplished by "pinching" the opposing tabs together.

## Application

Common areas High-Retention fasteners are applied.



OVERHEAD CONSOLE
GRAB HANDLE
VISOR
HEADLINER
B-PILLAR
C-PILLAR
A-PILLAR
SEATS



# High-Retention

**PART LIST & DIMS** ─────────────────────────

## High-Retention | Long Base



68300  68301  68302  68303  68304  68305  68311  68400  68410



68411  68412



| Part Number | Slot Width | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" Set-Up | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 68300 | 12.20 | 0.70 - 1.50 | 18.00 | 300.00 | 44.00 | 20.10 | 16.00 | 17.40 | 2.40 | Long Base |
| 68301 | 12.20 | 0.80 - 1.50 | 18.00 | 300.00 | 44.00 | 20.10 | 16.00 | 17.40 | 2.50 | Long Base |
| 68302 | 12.20 | 0.70 - 2.00 | 10.00 | 300.00 | 44.00 | 20.10 | 16.00 | 17.00 | 2.80 | Long Base |
| 68303 | 12.20 | 0.80 - 2.30 | 12.00 | 300.00 | 44.00 | 20.10 | 16.00 | 17.00 | 3.10 | Long Base |
| 68304 | 12.20 | 0.70 - 3.00 | 18.00 | 300.00 | 44.00 | 20.10 | 16.00 | 17.00 | 3.90 | Long Base |
| 68305 | 12.20 | 1.30 - 1.60 | 18.00 | 300.00 | 44.00 | 20.10 | 16.00 | 17.20 | 4.50 | Long Base |
| 68311 | 12.20 | 0.70 - 1.90 | 10.00 | 300.00 | 44.00 | 20.10 | 16.00 | 17.20 | 2.60 | Long Base |
| 68400 | 12.20 | 1.50 - 3.50 | 10.00 | 250.00 | 39.00 | 23.80 | 16.00 | 17.60 | 4.40 | Long Base |
| 68410 | 12.20 | 0.80 - 1.80 | 12.00 | 250.00 | 36.00 | 17.00 | 14.50 | 16.60 | 2.60 | Long Base |
| 68411 | 12.20 | 0.80 - 1.80 | 15.00 | 250.00 | 44.00 | 17.20 | 16.00 | 18.20 | 2.70 | Long Base |
| 68412 | 12.20 | 1.20 - 1.80 | 12.00 | 250.00 | 36.00 | 17.00 | 14.50 | 16.40 | 2.90 | Long Base |

**Long Base**

# High-Retention

**PART LIST & DIMS**

## High-Retention | Short Base


68306


68307


68308


68309


68310


68401



**Short Base**

| Part Number | Slot Width | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" Set-Up | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 68306 | 12.20 | 0.70 - 1.80 | 10.00 | 300.00 | 26.00 | 20.10 | 16.00 | 17.40 | 2.50 | Short Base |
| 68307 | 12.20 | 0.70 - 2.00 | 10.00 | 300.00 | 26.00 | 20.10 | 16.00 | 17.00 | 2.80 | Short Base |
| 68308 | 12.20 | 1.10 - 2.30 | 12.00 | 300.00 | 26.00 | 20.10 | 16.00 | 17.50 | 3.10 | Short Base |
| 68309 | 12.20 | 1.10 - 3.00 | 18.00 | 300.00 | 26.00 | 20.10 | 16.00 | 17.00 | 3.90 | Short Base |
| 68310 | 12.20 | 2.30 - 3.40 | 18.00 | 300.00 | 26.00 | 20.10 | 16.00 | 17.20 | 4.60 | Short Base |
| 68401 | 12.20 | 1.50 - 3.50 | 10.00 | 250.00 | 24.00 | 23.80 | 16.00 | 17.60 | 4.40 | Short Base |

lisi AUTOMOTIVE

# High-Retention

**PART LIST & DIMS** ——————————————————

## High-Retention | Other Slot Sizes

       

68123    68128    68133    68141    68402    68404    68408    68417

 

68418    68419

 

### Other Slot Sizes

| Part Number | Slot Width | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" Set-Up | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 68123 | 9.00 | 0.70 - 2.60 | 10.00 | 250.00 | 16.00 | 18.10 | 9.30 | 12.70 | 3.50 | Short Base |
| 68128 | 9.00 | 0.70 - 3.00 | 18.00 | 250.00 | 16.00 | 18.10 | 9.30 | 12.70 | 4.00 | Short Base |
| 68133 | 9.00 | 0.70 - 4.00 | 18.00 | 200.00 | 16.00 | 18.10 | 9.30 | 12.00 | 4.80 | Short Base |
| 68141 | 9.20 | 0.70 - 1.50 | 18.00 | 250.00 | 16.00 | 18.10 | 15.00 | 12.70 | 3.70 | Short Base |
| 68402 | 13.00 | 1.50 - 1.60 | 12.00 | 250.00 | 16.00 | 17.80 | 18.10 | 17.90 | 3.10 | Short Base |
| 68404 | 13.00 | 1.25 - 1.35 | 12.00 | 250.00 | 16.00 | 17.80 | 18.00 | 17.90 | 2.70 | Short Base |
| 68408 | 12.00 | 0.70 - 1.60 | 14.00 | 250.00 | 22.00 | 17.00 | 14.50 | 16.10 | 2.50 | Short Base |
| 68417 | 12.80 | 1.00 - 1.20 | 12.00 | 250.00 | 43.00 | 20.00 | 17.00 | 17.50 | 1.90 | Long Base |
| 68418 | 12.80 | 0.70 - 0.90 | 12.00 | 200.00 | 43.00 | 20.00 | 17.00 | 17.50 | 1.60 | Long Base |
| 68419 | 12.80 | 1.00 - 1.20 | 12.00 | 250.00 | 23.90 | 20.00 | 17.00 | 17.50 | 1.90 | Short Base |

lisi AUTOMOTIVE

# High-Retention
## PART LIST & DIMS

## High-Retention | Box Base


68120


68121


68130


68131



| | Part Number | Slot Width | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" Set-Up | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Box Base** | 68120 | 6.00 | 0.70 - 1.30 | 10.00 | 300.00 | 20.30 | 25.50 | 14.80 | 10.40 | 7.60 | Box Base |
| | 68121 | 6.00 | 1.40 - 1.80 | 10.00 | 300.00 | 20.30 | 25.50 | 14.80 | 9.60 | 7.60 | Box Base |
| | 68130 | 10.00 | 1.70 - 1.80 | 10.00 | 300.00 | 20.50 | 22.80 | 14.60 | 14.00 | 5.70 | Box Base |
| | 68131 | 6.00 | 1.30 - 1.40 | 17.00 | 300.00 | 20.30 | 21.40 | 14.80 | 9.00 | 7.60 | Box Base |

## High-Retention | Screwless


71501


71502


71503



| | Part Number | Slot Width | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" Set-Up |
|---|---|---|---|---|---|---|---|---|---|---|
| **Screwless** | 71501 | 9.00 | 0.70 - 1.40 | 18.00 | 200.00 | 30.00 | 24.10 | 20.00 | 12.00 | 4.80 |
| | 71502 | 6.00 | 0.70 - 1.30 | 15.00 | 200.00 | 20.00 | 33.60 | 32.00 | 10.40 | 9.50 |
| | 71503 | 9.10 | 0.70 - 1.50 | 18.00 | 250.00 | 25.00 | 26.50 | 19.00 | 12.70 | 5.30 |

## High-Retention | Sealing


71086


71121

| | Part Number | Slot Width | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" Set-Up |
|---|---|---|---|---|---|---|---|---|---|---|
| **HR Sealing** | 71086 | 6.00 | 0.70 - 1.00 | 10.00 | 300.00 | 32.00 | 27.50 | 35.00 | 20.30 | 9.60 |
| | 71121 | 9.10 | 1.10 - 1.40 | 18.00 | 250.00 | 16.00 | 20.40 | 20.00 | 12.70 | 5.60 |

*Pictures are not to scale

LISI AUTOMOTIVE

# Plastic
## PART FAMILY

## About

Termax's Plastic Fasteners offer reliable, dependable and proven solutions. A wide variety of styles are available; from small Arrowhead clips to large Arrowhead clips, from small compact Birds Beak clips to larger Birds Beak clips. Termax Plastic Fasteners attach to your part in a variety of ways providing a variety of engineering solutions.



## Arrowheads
### Robust

Termax Arrowhead Fasteners are ergonomically friendly, forgiving and very durable.
*Attachment Method:*
*Clip Rib (with window)*

## Birds Beak
### Energy Absorption

Termax offers Birds Beak Fasteners with tips that absorb and distribute more energy prior to breakage.



### Conventional

Termax offers Birds Beak Fasteners with conventional tips as well as the "Energy Absorbing" tips.

*Sealing options are available.*

## Application

Common areas Plastic fasteners are applied.



INSTRUMENT PANEL
SEATS
EXTERIOR B-PILLAR & C-PILLAR
CONSOLE
FASCIAS
UNDER HOOD
GRILL
DOOR TRIM
ROCKER MOLDING
COWL TRIM

# Plastic
## PART LIST & DIMS

### Plastic | Birds Beak | Non-Sealing

 50303
 50306
 50315
 50316
 50317
 50320
 50321
 50323
 50324
 50326

 50329
 50339
 50341
 50342
 50349
 F015
 F413
 P30285
 PRM02788
 PRM02923

 PRM03226
 PRM03290
 PRM03375
 PRM03612





**Non-Sealing**

| Part Number | Hole Diameter | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" | "F" Set-Up |
|---|---|---|---|---|---|---|---|---|---|---|
| 50303 | 9.00 | 1.60 - 2.00 | 12.00 | 40.00 | 19.50 | 28.40 | 10.70 | 18.60 | 5.00 | 6.00 |
| 50306 | 9.00 | 0.60 - 1.00 | 12.00 | 40.00 | 19.50 | 27.00 | 10.60 | 18.60 | 2.90 | 6.70 |
| 50315 | 9.00 | 1.60 - 2.00 | 12.00 | 40.00 | 19.40 | 29.10 | 10.80 | 18.40 | 5.00 | 6.80 |
| 50316 | 8.50 | 0.70 - 1.30 | 10.00 | 20.00 | 13.00 | 22.00 | 9.90 | 18.00 | 2.70 | 3.50 |
| 50317 | 8.50 | 1.20 - 1.80 | 10.00 | 20.00 | 16.50 | 23.60 | 10.00 | 18.00 | 3.80 | 3.30 |
| 50320 | 10.00 | 1.20 | 12.00 | 40.00 | 15.00 | 23.10 | 11.20 | 19.50 | 2.60 | 3.10 |
| 50321 | 9.50 | 2.30 - 3.80 | 15.00 | 30.00 | 15.00 | 25.80 | 11.60 | 19.50 | 2.60 | 3.10 |
| 50323 | 9.00 | 1.60 - 2.00 | 12.00 | 30.00 | 19.50 | 28.40 | 10.80 | 18.60 | 5.00 | 5.80 |
| 50324 | 9.00 | 0.60 - 1.00 | 12.00 | 30.00 | 19.50 | 26.20 | 10.80 | 18.60 | 2.90 | 6.00 |
| 50326 | 9.00 | 0.60 - 1.00 | 12.00 | 30.00 | 19.50 | 26.20 | 10.70 | 18.60 | 2.90 | 5.70 |
| 50329 | 7.00 | 0.70 - 1.00 | 10.00 | N/A | 9.0 x 12.0 | 17.60 | 10.00 | 17.00 | 1.70 | 2.10 |
| 50339 | 7.00 | 0.70 - 1.00 | 10.00 | N/A | 9.0 x 12.0 | 17.60 | 10.00 | 17.00 | 1.70 | 2.10 |
| 50341 | 7.40 | 0.70 - 0.90 | 8.00 | 50.00 | 13.00 | 18.50 | 9.00 | 17.00 | 2.50 | 5.40 |
| 50342 | 7.40 | 1.00-2.00 | 8.00 | 50.00 | 15.00 | 19.10 | 9.20 | 17.00 | 2.75 | 6.50 |
| 50349 | 6.00 | 0.70 - 1.00 | 13.00 | 50.00 | 9.50 | 13.80 | 7.50 | 9.50 | 2.20 | 1.50 |
| F015 | 8.80 | 0.70 - 0.90 | 12.00 | 30.00 | 16.00 | 21.40 | 10.70 | 14.00 | 3.60 | 1.80 |
| F413 | 8.00 | 0.70 - 1.20 | 9.00 | 37.00 | 13.20 | 18.00 | 9.30 | 17.00 | 2.10 | |
| P30285 | 8.00 | 0.70 - 0.90 | 14.00 | 72.00 | 13.20 | 18.00 | 9.30 | 17.00 | 2.10 | |
| PRM02788 | 8.00 | 2.60 - 3.50 | 18.00 | 27.00 | 13.20 | 19.00 | 7.80 | 17.00 | 2.70 | 1.90 |
| PRM02923 | 8.00 | 0.70 - 1.20 | 13.00 | 35.00 | 13.20 | 18.80 | 9.30 | 17.00 | 2.70 | |

*Pictures are not to scale

lisi AUTOMOTIVE

# Plastic
## PART LIST & DIMS

## Plastic | Birds Beak | Non-Sealing



| Non-Sealing | Part Number | Hole Diameter | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" | "F" Set-Up |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PRM03226 | 8.00 | 0.70 - 1.20 | 12.00 | 57.00 | 13.20 | 18.10 | 9.30 | 17.00 | 2.10 | |
| | PRM03290 | 8.00 | 0.70 - 1.20 | 13.00 | 45.00 | 13.20 | 19.80 | 9.30 | 17.00 | 2.30 | |
| | PRM03375 | 8.00 | 2.60 - 3.50 | 18.00 | 26.00 | 13.20 | 19.00 | 9.30 | 17.00 | 2.30 | |
| | PRM03612 | 8.20 | 0.80 - 1.50 | 13.00 | 43.00 | 13.20 | 18.40 | 9.30 | 17.00 | 2.30 | 1.70 |

## Plastic | Birds Beak | Sealing

         

71200   71201   71202   71203   71206   71209   71210   71214   71216   71218

           

71219   71224   71225   F182   F251   F412   PRM02730   PRM02831   PRM03151   PRM03321

         

PRM03547   PRM03579   PRM03582   PRM03584   PRM03658   PRM03672   PRM03723   PRM03796   PRM03797   PRM03868



ZUS30287





# Plastic
### PART LIST & DIMS

**Plastic** | Birds Beak | Sealing



| | Part Number | Hole Diameter | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" | "F" Set-Up |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Birds Beak Sealing** | 71200 | 9.10 | 0.60 - 1.00 | 12.00 | 40.00 | 19.50 | 27.00 | 10.60 | 20.00 | 2.90 | 7.00 |
| | 71201 | 9.00 | 1.20 - 2.00 | 12.00 | 40.00 | 19.50 | 28.40 | 10.70 | 20.00 | 5.00 | 6.00 |
| | 71202 | 9.00 | 0.60 - 1.00 | 12.00 | 40.00 | 19.50 | 26.20 | 11.00 | 20.00 | 2.90 | 6.00 |
| | 71203 | 9.00 | 1.60 - 2.00 | 12.00 | 40.00 | 19.40 | 29.10 | 10.80 | 20.00 | 4.90 | 7.10 |
| | 71206 | 9.00 | 0.60 - 1.00 | 12.00 | 30.00 | 19.50 | 26.20 | 10.80 | 20.00 | 2.90 | 6.00 |
| | 71209 | 9.00 | 1.60 - 2.00 | 12.00 | 40.00 | 19.50 | 28.40 | 10.80 | 20.00 | 5.00 | 6.00 |
| | 71210 | 9.00 | 0.60 - 1.00 | 12.00 | 30.00 | 19.50 | 26.20 | 10.80 | 20.00 | 2.90 | 6.00 |
| | 71214 | 8.20 | 0.80 - 1.00 | 11.00 | 60.00 | 13.00 | 18.00 | 8.80 | 20.00 | 4.10 | 3.10 |
| | 71216 | 9.00 | 0.70 - 1.30 | 10.00 | 75.00 | 12.0 x 20.0 | 16.30 | 10.50 | 19.30 | 2.75 | 2.60 |
| | 71218 | 7.40 | 1.00 - 2.00 | 8.00 | 50.00 | 15.00 | 19.10 | 9.20 | 17.00 | 2.75 | 6.50 |
| | 71219 | 7.40 | 0.70 - 0.90 | 8.00 | 50.00 | 13.00 | 18.50 | 9.00 | 17.00 | 2.50 | 5.40 |
| | 71224 | 7.50 - 8.00 | 0.70 - 1.10 | 12.00 | 60.00 | 10.00 | 14.30 | 9.50 | 19.25 | 1.75 | 2.23 |
| | 71225 | 7.50 - 8.00 | 0.70 - 1.30 | 12.00 | 60.00 | 12.00 | 15.30 | 9.50 | 19.25 | 2.75 | 2.55 |
| | F182 | 8.00 | 0.70 - 1.20 | 18.00 | 25.00 | 13.20 | 19.80 | 9.30 | 13.20 | 2.30 | |
| | F251 E | 8.30 | 0.80 | | 50.00 | 13.20 | 15.00 | 9.30 | 17.00 | 2.10 | |
| | F412 A | 8.00 | 0.70 | 9.00 | 37.00 | 13.20 | 18.00 | 9.30 | 17.00 | 2.10 | |
| | PRM02730 | 7.70 | 0.90 - 1.20 | 10.00 | 22.00 | 13.20 | 19.80 | 8.60 | 17.00 | 2.30 | 2.80 |
| | PRM02831 | 5.20 | 0.55 - 0.75 | 6.00 | 27.00 | 6.5X14 | 11.50 | 6.70 | 9.00 | 1.30 | 1.90 |
| | PRM03151 | 8.00 | 1.30 - 1.80 | 9.00 | 37.00 | 13.20 | 18.00 | 9.30 | 17.00 | 2.10 | |
| | PRM03321 | 8.00 | 0.70 - 1.20 | 9.00 | 37.00 | 13.20 | 14.00 | 9.30 | 17.00 | 2.10 | |
| | PRM03547 | 8.00 | 1.20 - 1.50 | 18.00 | 43.00 | 13.20 | 18.00 | 7.80 | 17.00 | 2.10 | |
| | PRM03579 | 7.70 | 0.90 - 1.20 | 18.00 | 38.00 | 13.20 | 19.80 | 8.60 | 17.0 | 2.30 | |
| | PRM03582 | 8.00 | 0.70 - 1.20 | 9.00 | 37.00 | 13.20 | 17.30 | 9.30 | 17.00 | 2.10 | |
| | PRM03584 | 8.00 | 1.30 - 1.80 | 9.00 | 37.00 | 13.20 | 17.30 | 9.30 | 17.00 | 2.10 | |
| | PRM03658 | 8.00 | 1.00 - 1.80 | 13.00 | 43.00 | 13.20 | 14.00 | 9.30 | 17.00 | 2.10 | |
| | PRM03672 | 8.20 | 1.50 - 2.00 | 13.00 | 22.00 | 13.20 | 18.80 | 9.20 | 17.00 | 2.70 | |
| | PRM03723 | 8.00 | 0.73 - 0.90 | 22.00 | 60.00 | 13.20 | 20.00 | 9.30 | 13.20 | 2.30 | |
| | PRM03796 | 5.20 | 0.55 - 0.76 | 6.00 | 27.00 | 6.5X15 | 11.50 | 6.70 | 9.00 | 1.30 | 1.90 |
| | PRM03797 | 5.20 | 0.55 - 0.77 | 6.00 | 27.00 | 6.5X16 | 11.50 | 6.70 | 9.00 | 1.30 | 1.90 |
| | PRM03868 | 5.20 | 0.55 - 0.78 | 6.00 | 27.00 | 6.5X17 | 11.50 | 6.70 | 9.00 | 1.30 | 1.90 |
| | ZUS30287 | 8.00 | 0.70 - 0.90 | 20.00 | 67.00 | 13.20 | 18.00 | 9.30 | 17.00 | 2.10 | |

*Pictures are not to scale

LISI AUTOMOTIVE

# Plastic
### PART LIST & DIMS

## Plastic | Exo-Beak | Sealing

     

71217   71800   71802   71804   71805   71806



### Exo-Beak Sealing

| Part Number | Hole Diameter | Panel Thick. | Max. Insert (lbs) | Min Retent (lbs) | "A" | "B" | "C" | "D" | "E" | "F" Set-Up |
|---|---|---|---|---|---|---|---|---|---|---|
| 71217 | 9.00 | 0.80 - 1.00 | 5.50 | 49.00 | 12.0 x 20.0 | 20.80 | 10.50 | 20.00 | 2.50 | 1.70 |
| 71800 | 9.10 | 0.70 - 2.00 | 10.00 | 40.00 | 16.00 | 26.90 | 10.50 | 22.00 | 3.00 | 7.10 |
| 71802 | 9.10 | 2.50 - 3.00 | 10.00 | 30.00 | 16.00 | 26.90 | 10.50 | 22.00 | 3.00 | 7.10 |
| 71804 | 9.10 | 0.70 - 1.00 | 10.00 | 45.00 | 13.00 | 24.50 | 10.50 | 17.00 | 2.80 | 7.00 |
| 71805 | 9.10 | 1.10 - 1.40 | 10.00 | 45.00 | 13.00 | 23.60 | 10.50 | 17.00 | 2.40 | 7.00 |
| 71806 | 9.10 | 1.50 - 1.80 | 10.00 | 45.00 | 13.00 | 23.60 | 10.50 | 17.00 | 2.40 | 7.00 |

## Plastic | Arrowheads

     

1006014   1006025   58001   58002   58003   58005

 

58006   58012



### Arrowheads

| Part Number | Slot Width (+/-.25) | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" Set-Up |
|---|---|---|---|---|---|---|---|---|---|
| 1006014 | 6.0 | 1.00 - 4.00 | 6.00 | 18.00 | 7.80 | 14.20 | 1.50 | 8.60 | 8.1 |
| 1006025 | 6.0 | 1.00 - 4.00 | 6.00 | 18.00 | 7.80 | 14.20 | 1.50 | 8.60 | 8.1 |
| 58001 | 6.0 | 1.50 - 3.00 | 8.00 | 20.00 | 11.00 | 16.40 | 1.70 | 8.60 | 7.2 |
| 58002 | 12.5 | 3.00 - 10.00 | 18.00 | 35.00 | 13.90 | 26.10 | 1.90 | 15.70 | 6.5 |
| 58003 | 6.0 | 1.50 - 3.00 | 8.00 | 12.00 | 11.00 | 16.40 | 1.70 | 8.10 | 7.3 |
| 58005 | 4.8 | 1.50 - 5.50 | 12.00 | 14.00 | 11.00 | 15.70 | 1.70 | 7.10 | 8.8 |
| 58006 | 8.5 | 1.50 - 5.00 | 10.00 | 15.00 | 11.00 | 18.50 | 2.20 | 11.90 | 12.0 |
| 58012 | 6.0 | 1.00 - 4.00 | 10.00 | 35.00 | 7.80 | 14.20 | 1.70 | 8.90 | 8.1 |

lisi AUTOMOTIVE

# Magnet

PART FAMILY

## About

Termax's Magnets are designed to be robust and a flexible solution when traditional fastening methods are not possible. Termax Magnets are available in various holding strengths, shapes and sizes. Magnet fasteners provide "zero" insertion efforts while providing a reliable and consistent extraction force. Magnets are the perfect solution when hidden fasteners are required.

## Excellent Retention

Termax Magnet assemblies are built with a unique overmold pressfit or sonic staking process. This creates high retention between the Magnet and the Carrier as well as excellent articulation (where applicable).

## Customized Carriers

Our experienced team can help you create the carrier that best fits your application. This includes but is not limited to Glued Carriers, Sonic Welded Carriers, Infrared Welded Carriers, Snapped In Doghouses, etc.



## Variety of Holding Forces

Termax Magnet assemblies are offered in a wide range of holding forces.

## Variety of Shapes

Termax Magnet assemblies come in an array of shapes (including circular and bar Magnets).

## Application

Common areas Magnet fasteners are applied.





# Magnet

## PART LIST & DIMS

## Magnet | Standard



| 1007254 | 97603 | 97632 | 97633 | 97640 | 97645 | 97650 |



| 97665 | 97667 | 97668 | 97673 |



| Part Number | Panel Thick. | Min. Retent (lbs) | "A" | "B" | "C" | "D" Set-Up |
|---|---|---|---|---|---|---|
| 1007254 | 3.00 | 23.00 | 26.0 x 11.0 | 14.50 | 2.00 | 5.40 |
| 97603 | 3.00 | 16.00 | 19.00 | 14.00 | 2.00 | 5.40 |
| 97632 | 3.00 | 23.00 | 26.0 x 11.0 | 17.0 x 12.2 | 2.50 | 4.50 |
| 97633 | 3.00 | 23.00 | 26.0 x 11.0 | 17.0 x 12.20 | 2.50 | 4.50 |
| 97640 | 3.00 | 23.00 | 23.20 | 14.00 | 2.00 | 6.70 |
| 97645 | 1.00 | 15.00 | 20.50 | 14.00 | 2.00 | 6.70 |
| 97650 | 1.00 | 15.00 | 19.00 | 23.00 | N/A | 14.00 |
| 97665 | 1.00 | 17.00 | 24.50 | 17.00 | 4.00 | 7.20 |
| 97667 | 1.00 | 15.00 | 20.50 | 29.30 | 22.00 | 10.80 |
| 97668 | 1.00 | 17.00 | 23.20 | 14.00 | 2.00 | 6.70 |
| 97673 | 1.00 | 11.00 | 22.00 | 13.00 | 2.50 | 2.90 |

**Magnet**

# Magnet

## PART LIST & DIMS

## Magnet | Assemblies



| | | | |
|---|---|---|---|
| 97600 | 97601 | 97602 | 97613 | 97615 | 97630 | 97660 |
| 97661 | 97663 | 97664 | 97669 | 97670 | 97671 | 97672 |
| 97675 | 97681 | | | | | |

| Part Number | Panel Thick. | Min. Retent (lbs) | "A" | "B" | "C" | "D" Set-Up |
|---|---|---|---|---|---|---|
| 97600 | 3.00 | 14.00 | 19.00 | 94.00 | 36.00 | 14.00 |
| 97601 | 3.00 | 14.00 | 19.00 | 94.00 | 36.00 | 28.00 |
| 97602 | 3.00 | 22.00 | 23.20 | 50.00 | 30.00 | 5.60 |
| 97613 | 3.00 | 23.00 | 23.20 | 44.80 | N/A | 22.30 |
| 97615 | 3.00 | 22.00 | 23.20 | 50.00 | 30.00 | 5.60 |
| 97630 | 3.00 | 23.00 | 26.0 x 11.0 | 67.00 | 16.00 | 6.50 |
| 97660 | 3.00 | 23.00 | 23.20 | 82.00 | 46.00 | 10.00 |
| 97661 | 3.00 | 23.00 | 23.20 | 82.00 | 46.00 | 10.00 |
| 97663 | 3.00 | 14.00 | 19.00 | 45.00 | 23.00 | 10.00 |
| 97664 | 3.00 | 23.00 | 23.20 | 45.00 | 23.00 | 10.00 |
| 97669 | 3.00 | 23.00 | 24.50 | 84.00 | N/A | 31.70 |
| 97670 | 3.00 | 23.00 | 24.50 | 82.80 | 83.00 | 11.00 |
| 97671 | 3.00 | 23.00 | 24.50 | 59.50 | 22.00 | 11.00 |
| 97672 | 3.00 | 23.00 | 24.50 | 82.00 | 46.00 | 2.90 |
| 97675 | 1.00 | 17.00 | 24.50 | 45.00 | 23.00 | 13.00 |
| 97681 | 3.00 | 23.00 | 26.0 x 11.0 | 45.50 | 32.50 | N/A |

*Pictures are not to scale

lisi AUTOMOTIVE

# Tether

**P A R T   F A M I L Y**

## About

Termax's Tether Clips offer everything you need for vehicle components interfacing with air curtains. Our Tether Clips allow your part to move thus allowing the air curtain to deploy, without becoming a projectile. Termax Tether Clips are a proven, reliable, durable and serviceable solution. Tethers are available in a two piece or one piece design.

## Moldable Features

For either style (one or two piece design) the doghouses are common moldable features.

## Serviceability

Other Tethers destroy the part or its environment during service. Termax Tethers provide a solution that can be serviced without being destructive to the part or the environment.



## Allows for Travel

The length of the Tether allows your part to travel over 5 inches!

## Energy Management

After years of research, development, and testing, Termax has determined that the secret to successful tethers is not the strength of the tether but how much energy it absorbs during deployment. All Termax tethers are designed with this in mind. Termax offers numerous tethers with varying levels of energy absorption.

## Application

Common areas Tether fasteners are applied.

INSTRUMENT PANEL — A-PILLAR — OVERHEAD CONSOLE — SEAT BACK — C-PILLAR — D-PILLAR

CONSOLE



# Tether
## PART LIST & DIMS

## Tether | Traditional


50204 (w/30619)


50205 (w/30616)


50206 (w/30616)


71400


71401


71402




**Traditional**

| Part Number | Slot Width | Panel Thick. | Max. Insert (lbs) | "A" | "B" | "C" | "D" | "E" | "F" |
|---|---|---|---|---|---|---|---|---|---|
| 50204 (w/30619) | 10.00 | 1.20 - 3.25 | 18.00 | 18.90 | 27.00 | 80.40 | 17.10 | 12.97 | 9.70 |
| 50205 (w/30616) | 6.00 | 1.80 - 2.20 | 18.00 | 18.70 | 18.10 | 85.30 | 16.00 | 9.70 | 9.70 |
| 50206 (w/30616) | 6.00 | 0.90 - 2.25 | 18.00 | 18.70 | 26.60 | 99.10 | 16.30 | 9.70 | 9.70 |
| 71400 | 6.00 | 0.80 - 1.70 | 18.00 | 17.20 | 26.60 | 82.00 | 13.70 | 8.10 | 5.40 |
| 71401 | 6.00 | 0.80 - 1.70 | 18.00 | 17.10 | 13.00 | 78.00 | 13.70 | 8.10 | 5.40 |
| 71402 | 6.00 | 0.80 - 1.70 | 18.00 | 17.10 | 14.60 | 109.20 | 13.70 | 8.10 | 5.40 |

*Pictures are not to scale

lisi AUTOMOTIVE



# Tether
## PART LIST & DIMS

## Tether | Bungee



| 71403 | 71405 | 71406 | 71407 | 71410 |

| 71411 | 71412 | 71413 | 71414 |



| Bungee | Part Number | Slot Width | Panel Thick. | Max. Insert (lbs) | "A" | "B" | "C" | "D" | "E" Set up |
|---|---|---|---|---|---|---|---|---|---|
| | 71403 | 6.00 | 0.80 - 1.50 | 18.00 | 26.50 | 15.00 | 94.90 | 9.40 | 8.10 |
| | 71405 | 6.00 | 0.80 - 2.00 | 10.00 | | | | | |
| | 71406 | 6.00 | 0.80 - 2.00 | 18.00 | | | See BP | | |
| | 71407 | 6.00 | 0.80 - 2.00 | 10.00 | | | | | |
| | 71410 | 6.00 | 0.80 - 1.50 | 18.00 | 26.50 | 15.00 | 94.90 | 9.40 | 8.10 |
| | 71411 | 6.00 | 0.80 - 1.50 | 18.00 | 26.50 | 15.00 | 79.90 | 9.40 | 8.10 |
| | 71412 | 10.00 | 1.00 - 1.40 | 18.00 | | | | | |
| | 71413 | 6.00 | 0.80 - 2.00 | 18.00 | | | See BP | | |
| | 71414 | 6.00 | 0.80 - 2.00 | 18.00 | | | | | |

lisi AUTOMOTIVE

# U&J Nuts

PART FAMILY

## About

We are excited to offer you a wide selection of U&J Nuts. By combining the experience and product lines of LISI and Termax, U&J Nuts are available in various thread sizes, shapes, and configurations that cover a variety of applications.



## Torque Flexibility

Torque features are available as single thread, twin thread, or threaded barrel depending on the torque requirement needed.

## Retention Features

U&J Nuts are available with retention features to ensure proper engagement with the panel.

## Application

Common areas U&J Nut fasteners are applied.



OVERHEAD CONSOLE

SEATS

QTR TRIM

INSTRUMENT PANEL

GRILLES

INTERIOR DOORS

FRONT FASCIA

FLOOR CONSOLE

UNDERBODY



# U&J Nuts

**PART LIST & DIMS**

## U&J Nuts | Single Thread

 01687  01691  01692  01693  10524  11043  11045  11048  11049  11055

 11063  26009  26013  26014  D208  F506  NU0920  NU0921  NU0923  NU0926

 NU0927  NUL0528 NUL0533 NUL5252 NUS22171

*Image applies to NUS22172, NUS22173,

 PRF02695  SNU0537  SNU6828  SNU7311/ EPS0039

SNU7673

 

## Single Thread

| Part Number | Panel Thick. | "A" For Screws | "B" | "C" | "D" | "E" | "F" | Retention Feature Y/N |
|---|---|---|---|---|---|---|---|---|
| 01687 | | 10A | 23.30 | 11.10 | 14.70 | | 2.80 | N |
| 01691 | 1.50 - 2.00 | 4.2 x 1.4 | 12.00 | 10.00 | 6.00 | 1.50 | | N |
| 01692 | 1.50 - 2.00 | M5.0 x 2.12 | 14.00 | 11.00 | 8.00 | 1.50 | | N |
| 01693 | | M5.0 x 2.12 | 14.00 | 11.00 | 8.00 | 2.00 | | N |
| 10524 | | 8AB | 11.67 | 11.10 | 6.34 | 0 - 0.38 | 1.52 | N |
| 11043 | | 4.2 x 1.4 | 19.30 | 13.46 | 8.89 | 0.25 | 4.29 | N |
| 11045 | 0.60 - 1.10 | 4.8 x 1.6 (10B) | 19.56 | 13.46 | 8.89 | 0.61 | 4.80 | Y |
| 11048 | | 8.0 - 7.5 | 19.56 | 13.46 | 8.89 | 0.51 | 4.32 | Y |
| 11049 | | M4.2 | 18.40 | 13.50 | 6.90 | 1.00 | 3.60 | N |
| 11055 | | 8B | 25.40 | 13.50 | 14.80 | 0.254 | 4.30 | N |
| 11063 | 1.25 - 2.00 | 10 AB | 20.10 | 16.00 | 10.30 | 1.30 | | N |
| 26009 | 6.00 - 6.50 | M5 | 20.30 | 16.00 | 11.50 | 6.00 | 2.20 | Y |
| 26013 | 1.50 - 2.00 | 2.7 - 2.85 | 15.50 | 11.7 - 12.3 | 7.7 - 8.3 | 0.9 - 1.9 | 3.6 - 3.9 | Y |
| 26014 | 2.50 - 3.00 | 4.2 x 1.4 | 11.25 | 8.00 | 5.00 | 2.50 | 4.20 | N |
| D208 | 2.50 | M4.2 | | 16.00 | | 2.80 | 5.00 | Y |

# U&J Nuts
**PART LIST & DIMS**

## U&J Nuts | Single Thread



| | Part Number | Panel Thick. | "A" For Screws | "B" | "C" | "D" | "E" | "F" | Retention Feature Y/N |
|---|---|---|---|---|---|---|---|---|---|
| **Single Thread** | F506 | 2.20 - 2.80 | M4.2 | 15.70 | 12.00 | 10.30 | 1.70 | 4.60 | Y |
| | NU0920 | 0.50 - 4.00 | M4.2 | 20.00 | 14.00 | 10.00 | | 5.40 | Y |
| | NU0921 | 0.50 - 4.00 | M4.8 | 20.00 | 14.00 | 10.00 | 0.30 | 5.60 | Y |
| | NU0923 | 0.50 - 4.00 | M3.5 | 20.00 | 14.00 | 8.80 | | | N |
| | NU0926 | 0.50 - 4.00 | M4.2 | 25.00 | 14.00 | 14.00 | | | N |
| | NU0927 | 0.50 - 4.00 | M6.3 | 24.50 | 16.00 | 14.00 | | | N |
| | NUL0528 | 2.00 - 3.00 | M3.5 | 16.40 | 10.00 | 9.00 | | | Y |
| | NUL0533 | 0.40 - 1.90 | M4.8 | 26.00 | 9.00 | 14.00 | | | Y |
| | NUL5252 | 2.00 - 2.50 | M4.2 | 13.30 | 9.00 | 6.80 | | 4.40 | Y |
| | NUS22171 | 0.60 - 1.40 | M4.2 | 16.00 | 12.00 | 8.50 | | | Y |
| | NUS22172 | 1.50 - 2.10 | M4.2 | 15.80 | 12.00 | 8.00 | | | Y |
| | NUS22173 | 2.20 - 2.80 | M4.2 | 15.60 | 12.00 | 7.50 | | | Y |
| | PRF02695 | 2.50 - 4.00 | M6.3 | 25.10 | 16.00 | 13.30 | 1.40 | 6.00 | Y |
| | SNU0537 | 0.90 - 2.00 | M4.8 | 19.80 | 12.70 | 10.20 | 0.80 | | Y |
| | SNU6828 | 0.80 | M4.2 | 16.60 | 8.70 | 9.50 | 0.25 | 3.20 | N |
| | SNU7311/EPS0039 | 2.00 - 3.00 | M4.8 | 17.00 | 11.30 | 9.10 | 2.00 | 3.10 | Y |
| | SNU7673 | 3.00 | M4.2 | 16.50 | 11.10 | 9.00 | 3.00 | 3.70 | Y |

LiSi AUTOMOTIVE

# U&J Nuts

## PART LIST & DIMS

### U&J Nuts | Twin Thread

         

30240  30260  F034  F049  F201  F371  PRF02457  PRF02487  PRF02493  PRF02494

     

PRF02657  PRF02918  SNK6617  SNK6658  SNK7275  SNK7707

 

| | Part Number | Panel Thick. | "A" For Screws | "B" | "C" | "D" | "E" | "F" | Retention Feature Y/N |
|---|---|---|---|---|---|---|---|---|---|
| **Twin Thread** | 30240 | 2.00 - 2.50 | 4.2 x 1.41 | 19.50 | 13.77 | 9.60 | 2.05 | 4.80 | Y |
| | 30260 | 2.00 - 2.50 | 4.2 x 1.41 | 19.50 | 13.77 | 9.60 | 2.05 | 4.80 | Y |
| | F034 | 0.50 - 4.50 | M4.8 | 20.30 | 15.00 | 10.80 | | 5.00 | Y |
| | F049 | 0.50 - 4.50 | M4.8 | 17.30 | 15.00 | 8.80 | | 5.50 | Y |
| | F201 | 0.80 - 4.00 | M6.3 | 17.00 | 17.00 | 8.75 | | 5.00 | Y |
| | F371 | 0.80 - 4.00 | K 50 | 20.30 | 15.00 | 10.80 | 0.50 | 5.00 | Y |
| | PRF02457 | 2.00 | | 18.50 | 12.70 | 10.25 | 1.20 | 3.00 | N |
| | PRF02487 | 3.00 - 4.00 | U5 | 20.30 | 15.00 | 10.80 | 0.50 | 5.00 | Y |
| | PRF02493 | 0.80 - 4.00 | K50 | 20.30 | 15.00 | 10.80 | 0.50 | 5.00 | Y |
| | PRF02494 | 0.50 - 4.50 | K50 | 17.30 | 15.00 | 8.80 | | 5.50 | Y |
| | PRF02657 | 0.50 - 5.00 | U5 | 27.00 | 15.00 | 16.00 | 2.00 | 5.30 | Y |
| | PRF02918 | 0.50 - 5.00 | M4.8 | 27.00 | 15.00 | 16.00 | 2.00 | 5.30 | Y |
| | SNK6617 | 0.90 - 2.00 | M4.8 | 18.60 | 12.70 | 10.20 | 0.50 | 3.00 | N |
| | SNK6658 | 2.60 - 3.20 | M4.2 | 18.60 | 12.70 | 10.20 | 1.70 | 3.40 | N |
| | SNK7275 | 3.50 | M4.8 | 16.90 | 16.00 | 8.90 | 3.00 | 3.60 | Y |
| | SNK7707 | 3.00 - 5.00 | M4.2 | 19.20 | 11.00 | 9.60 | 3.00 | 5.40 | Y |

# U&J Nuts

## PART LIST & DIMS

### U&J Nuts | Threaded

         

D400 · D857 · NUT0958 · NUT0962 · NUT0968 · NUT0969 · NUT0978 · NUT0986 · NUT8376 · NUT8415

         

NUT8476 · NUT8526 · NUT8528 · NUT8535 · NUT8536 · NUT8538 · NUT8545 · NUT8546 · NUT8556 · NUT8566

     

NUT8616 · NUT8726 · NUT8736 · NUT8992 · PRD05212 · PRD05313

 

## Threaded

| Part Number | Panel Thick. | "A" For Screws | "B" | "C" | "D" | "E" | "F" | Retention Feature Y/N |
|---|---|---|---|---|---|---|---|---|
| D400 | 0.50 - 4.00 | M5 | 20.00 | 14.00 | 11.00 | | 8.20 | Y |
| D857 | 3.50 - 7.00 | M6 | 22.30 | 15.00 | 11.70 | 4.00 | 8.60 | Y |
| NUT0958 | 0.50 - 4.00 | M8 | 24.80 | 16.50 | 14.80 | | 7.60 | Y |
| NUT0962 | 2.80 - 3.00 | M6 | 23.00 | 15.00 | 12.00 | 3.20 | 5.80 | Y |
| NUT0968 | 9.00 | M8 | 37.00 | 26.00 | 19.60 | | 11.50 | N |
| NUT0969 | 5.00 | M8 x 125 | 38.60 | 26.00 | 19.50 | | 7.50 | N |
| NUT0978 | 0.50 - 4.00 | M8 | 24.80 | 17.00 | 14.80 | | 7.50 | N |
| NUT0986 | 2.80 - 3.20 | M6 | 22.20 | 15.00 | 12.20 | 2.00 | 5.80 | Y |
| NUT8376 | 0.50 - 4.00 | M6 | 21.30 | 15.00 | 11.70 | 3.50 | 8.60 | Y |
| NUT8415 | 0.50 - 4.00 | M5 | 20.00 | 14.00 | 11.40 | 3.60 | 8.20 | Y |
| NUT8476 | 1.50 - 4.00 | M6 | 19.30 | 18.00 | 9.50 | | 8.60 | Y |
| NUT8526 | 0.50 - 2.50 | M6 | 20.50 | 16.00 | 8.00 | 0.20 | 8.60 | N |
| NUT8528 | 0.50 - 5.00 | M8 | 25.50 | 18.00 | 12.00 | 2.00 | 9.00 | N |
| NUT8535 | 0.50 - 2.50 | M5 | 23.30 | 15.00 | 12.00 | | 8.20 | N |
| NUT8536 | 2.50 - 5.00 | M6 | 20.50 | 16.00 | 8.00 | | 8.60 | N |
| NUT8538 | 0.50 - 5.00 | M8 | 29.80 | 18.00 | 16.00 | 2.00 | 9.00 | N |
| NUT8545 | 2.50 - 6.00 | M5 | 23.30 | 15.00 | 12.00 | 5.50 | 8.20 | N |
| NUT8546 | 0.50 - 2.50 | M6 | 24.50 | 16.00 | 12.00 | 0.20 | 8.60 | N |
| NUT8556 | 2.50 - 5.00 | M5 | 24.50 | 16.00 | 12.00 | | 8.60 | N |
| NUT8566 | 0.50 - 4.00 | M6 | 21.30 | 15.00 | 12.50 | | 8.60 | N |

*Pictures are not to scale

lisi AUTOMOTIVE

# U&J Nuts

**PART LIST & DIMS**

## U&J Nuts | Threaded



| | Part Number | Panel Thick. | "A" For Screws | "B" | "C" | "D" | "E" | "F" | Retention Feature Y/N |
|---|---|---|---|---|---|---|---|---|---|
| **Threaded** | NUT8616 | 3.50 - 5.00 | M6 | 21.30 | 15.00 | 12.50 | | 8.60 | Y |
| | NUT8726 | 0.50 - 4.00 | M6 | 21.30 | 15.00 | 11.70 | 1.60 | 8.60 | Y |
| | NUT8736 | 1.50 - 4.00 | M6 | 23.50 | 23.00 | 13.50 | | | Y |
| | NUT8992 | 0.50 - 2.50 | M6 | 20.50 | 16.00 | 8.00 | | 8.60 | N |
| | PRD05212 | 2.00 - 4.00 | M8 | 24.80 | 16.50 | 15.30 | | 7.60 | Y |
| | PRD05313 | 0.50 - 4.00 | M6 | 21.30 | 15.00 | 11.70 | | 8.60 | Y |

lisi AUTOMOTIVE

# Cage Nuts

**PART FAMILY**

## About

Cage nuts are a unique product that combine LISI's knowledge of threaded nuts with their knowledge of clipped solutions. LISI is able to offer multiple styles of cage nuts to meet any application requirement. Cage nuts are a versatile fastener offered in many shapes, thread sizes, and attachment styles.

## Thread Size

Cage nuts are available in many different thread styles. Sizes as small as M4 to as large as M12 can be accommodated with various cage nuts.

## Attachment Features

Cage nuts come in various styles of attachment. U Shaped Cage nuts can be slid onto the edge of a panel or into a slot opening. Clipped cage nuts are meant to be clipped onto a panel in a slot or hole.



## Application

Common areas Cage Nut fasteners are applied.



OVERHEAD CONSOLE

SEATS

QTR TRIM

INSTRUMENT PANEL

GRILLES

INTERIOR DOORS

FRONT FASCIA

FLOOR CONSOLE

UNDERBODY



# Cage Nuts

## PART LIST & DIMS

## Cage Nuts | U Shaped

 CJ45064
 CJ45105150
 CJ48161
 CNU4515
 CNU45155
 CNU4516
 CNU4517
 CNU4554
 CNU4555
 CNU4556

 MC5315
 MC5988
 PRD05377
 PRD05548
 PRF02416
 PRF02630
 PRF02645
 PRF02677
 PRF02804
 PRF02848

 SMC6421
 SMC7146
 SMC7403
 SMC7644




| | Part Number | Panel Thick. | "A" | "B" | "C" | "D" | "E" | "F" | Retention Feature Y/N |
|---|---|---|---|---|---|---|---|---|---|
| **U Shaped** | CJ45064 | 2.60 - 3.10 | M6 | 14.90 | 11.70 | 6.00 | | | Y |
| | CJ45105150 | 4.80 - 5.50 | M10 | 39.7 | 21.00 | 23.00 | | | Y |
| | CJ48161 | 1.10 - 2.90 | M6 | 22.50 | 14.90 | 12.70 | | | Y |
| | CNU4515 | 1.20 - 1.60 | M8 | 24.50 | 19.00 | 11.60 | | | N |
| | CNU45155 | 2.70 - 3.10 | M8 | 24.50 | 19.00 | 11.60 | | | N |
| | CNU4516 | 2.00 | M4 | 25.00 | 15.00 | 14.75 | 0.40 - 1.80 | 3.50 | N |
| | CNU4517 | 2.00 | M6 | 24.00 | 15.00 | 14.75 | 0.40 - 1.80 | 3.50 | N |
| | CNU4554 | 1.50 - 2.50 | M4 | 24.80 | 15.00 | 14.50 | | 3.50 | Y |
| | CNU4555 | 1.50 - 2.50 | M5 | 24.80 | 15.00 | 14.50 | | 3.50 | Y |
| | CNU4556 | 1.50 - 2.50 | M6 | 24.80 | 15.00 | 14.50 | | 3.50 | Y |
| | MC5315 | | M6 | 16.50 | 14.00 | 8.70 | 1.20 | 1.20 | N |
| | MC5988 | 0.50 - 1.50 | M8 | 26.60 | 18.00 | 15.00 | | | N |
| | PRD05377 | 3.80 | M6 | 19.20 | 18.00 | 11.20 | 4.00 | 4.40 | Y |
| | PRD05548 | 3.80 | M6 | 19.20 | 18.00 | 11.20 | 4.00 | 4.40 | Y |
| | PRF02416 | 3.00 | M8 | 21.90 | 15.80 | 13.00 | 2.50 | 3.30 | N |
| | PRF02630 | 0.80 - 1.50 | M6 | 19.00 | 19.00 | 7.50 | 0.60 | 3.30 | N |
| | PRF02645 | 0.80 - 1.30 | M6 | 29.80 | 20.80 | 16.80 | 0.80 | 1.70 | Y |
| | PRF02677 | 3.00 - 4.25 | M8 | 28.60 | 20.60 | 16.60 | 2.30 | 4.60 | N |
| | PRF02804 | 1.80 - 3.30 | M6 | 26.70 | 14.00 | 12.80 | 1.00 | 3.30 | N |

lisi AUTOMOTIVE

# Cage Nuts

## PART LIST & DIMS

### Cage Nuts | U Shaped



| Part Number | Panel Thick. | "A" | "B" | "C" | "D" | "E" | "F" | Retention Feature Y/N |
|---|---|---|---|---|---|---|---|---|
| PRF02848 | 1.80 | M10 | | 23.00 | 20.20 | 1.30 | | N |
| SMC6421 | 0.60 - 1.50 | M6 | 17.10 | 14.00 | 8.50 | 1.50 | 1.50 | N |
| SMC7146 | 1.50 - 2.40 | M6 | 24.60 | 14.00 | 11.20 | | | N |
| SMC7403 | 4.00 - 5.00 | M8 | 22.40 | 15.80 | 10.00 | | | N |
| SMC7644 | 3.50 | M6 | 22.00 | 15.80 | 12.50 | 3.00 | 4.00 | N |

**U Shaped**

### Cage Nuts | Clipped


C4804AA


C4804BA


C4804CA


C4804DA


C4805BA


*Image applies to C4805AA, C4805CA,C4805DA, C48060A


C4806AA


C4806BA


C4806CA


C4806DA


C4808BA


C4808CA


C4811AA


C4811BA


*Image applies to C4808AA, C4810AA, C4810BA, C4810CA, C48120A, C4812BA, C4812CA, C4812DA




| Part Number | Slot Width | Thread Size | Panel Thick. | "A" | "B" | "C" | "D" |
|---|---|---|---|---|---|---|---|
| C4804AA | 8.10 - 8.50 | M4 | 1.20 - 1.60 | 12.00 | 7.20 | 8.50 | 6.20 |
| C4804BA | 8.10 - 8.50 | M4 | 1.70 - 2.50 | 12.00 | 7.20 | 9.50 | 6.20 |
| C4804CA | 8.10 - 8.50 | M4 | 2.60 - 3.50 | 12 | 7.20 | 10.50 | 6.20 |
| C4804DA | 8.10 - 8.50 | M4 | 3.60 - 4.50 | 12 | 7.20 | 10.50 | 6.20 |
| C4805AA | 8.10 - 8.50 | M5 | 1.20 - 1.60 | 12.00 | 7.20 | 8.50 | 6.20 |
| C4805BA | 8.10 - 8.50 | M5 | 1.70 - 2.50 | 12.00 | 7.20 | 9.50 | 6.20 |
| C4805CA | 8.10 - 8.50 | M5 | 2.60 - 3.50 | 12.00 | 7.20 | 10.50 | 6.20 |

**Clipped**

*Pictures are not to scale

lisi AUTOMOTIVE

# Cage Nuts

### PART LIST & DIMS

## Cage Nuts | Clipped



| Part Number | Slot Width | Thread Size | Panel Thick. | "A" | "B" | "C" | "D" |
|---|---|---|---|---|---|---|---|
| C4805DA | 8.10 - 8.50 | M5 | 3.60 - 4.50 | 12.00 | 7.20 | 11.50 | 6.20 |
| C48060A | 8.10 - 8.50 | M6 | 0.30 - 1.10 | 12.00 | 7.20 | 8.00 | 6.20 |
| C4806AA | 8.10 - 8.50 | M6 | 1.20 - 1.60 | 12.00 | 7.20 | 8.50 | 6.20 |
| C4806BA | 8.10 - 8.50 | M6 | 1.70 - 2.50 | 12.00 | 7.20 | 9.50 | 6.20 |
| C4806CA | 8.10 - 8.50 | M6 | 2.60 - 3.50 | 12.30 | 7.20 | 10.50 | 6.20 |
| C4806DA | 8.10 - 8.50 | M6 | 3.60 - 4.50 | 12.00 | 7.20 | 11.50 | 6.20 |
| C4808AA | 12.10 - 12.50 | M8 | 1.00 - 1.70 | 16.00 | 10.60 | 10.40 | 7.80 |
| C4808BA | 12.30 | M8 | 2.00 | 20.00 | 12.60 | 15.50 | 10.20 |
| C4808CA | 12.10 - 12.50 | M8 | 3.30 - 4.70 | 16.00 | 10.60 | 13.40 | 7.80 |
| C4810AA | 12.10 - 12.50 | M10 | 1.00 - 1.70 | 16.00 | 10.60 | 10.40 | 7.80 |
| C4810BA | 12.10 - 12.50 | M10 | 1.80 - 3.20 | 16.00 | 10.60 | 11.90 | 7.80 |
| C4810CA | 12.10 - 12.50 | M10 | 3.30 - 4.70 | 16.00 | 10.60 | 13.40 | 7.80 |
| C4811AA | 12.10 - 12.50 | M6 | 1.00 - 1.70 | 16.00 | 10.60 | 10.40 | 7.80 |
| C4811BA | 12.10 - 12.50 | M6 | 0.50 | 16.00 | 10.60 | 11.90 | 7.80 |
| C48120A | 14.00 | M12 | 0.80 - 1.20 | 20.00 | 12.60 | 12.70 | 10.40 |
| C4812BA | 14.00 | M12 | 1.80 - 3.20 | 20.00 | 12.60 | 14.70 | 10.40 |
| C4812CA | 14.00 | M12 | 3.30 - 4.70 | 20.00 | 12.60 | 16.20 | 10.40 |
| C4812DA | 14.00 | M12 | 4.80 - 6.20 | 20.00 | 12.60 | 17.70 | 10.40 |

**Clipped**

LISI AUTOMOTIVE

# Wire, Cable & Tube Clips

**PART FAMILY**

## About

Termax Wire, Cable & Tube clips are offered in a wide variety of materials, sizes, complexity and configurations. Our experienced and innovative team have developed solutions for a wide range of applications – and developing more all the time. Whether it is an off the shelf solution or a new design, Termax is ready.

## Plastic Solutions

Variety of plastic clip solutions that are able to attach to many different hole sizes and panel thicknesses.



## Metal Solutions

Metal clips are designed to attach to ribs or panels in multiple thicknesses.

## Customizable

Metal and Plastic clips are available for wires and cables of different quantities as well as different diameters for use across the entire vehicle.

## Application

Common areas Wire, Cable & Tube Clips are applied.



lisi AUTOMOTIVE

# Wire, Cable & Tube Clips

**PART LIST & DIMS**

## Wire, Cable & Tube Clips | Plastic

 50802
 D246
 D250
 D251
 D380
 D707
 F322
 F324
 F325

 MP5377
 P8231
 P8454
 P8682
 P8683
 P8852
 PRD04719
 PRD04783
PRD04937

 PRD05232
 PRD05279
 PRM03242
 PRM03448
 PRM03507
 PRM03580
 PRM03664
 PRM03686
 PRM03774



| Plastic | Part Number | Panel Hole Size | Panel Thickness | # of Wires | Wire Diameter | Max. Insert to Panel (lbs) | Min. Retent. To Panel (lbs) | Max. Insert Cable (lbs) | Min. Retent. Cable (lbs) | "A" | "B" | "C" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50802 | 7.50 | 2.50 - 3.00 | 1 | 4.00 | | | | | 14.50 | 16.50 | 12.00 |
| | D246 | M6 Stud | N/A | 1 | 13.00 | 11.00 | 34.00 | 11.00 | 34.00 | 58.00 | 44.30 | 40.00 |
| | D250 | 6.50 | 0.70 - 2.50 | 3 | 8, 8, 5.25 | 7.00 | 12.00 | 7.00 | 22.00 | 35.10 | 47.10 | 15.00 |
| | D251 | 12.20 x 6.20 | 0.70 - 2.50 | 2 | 5.25 | 9.00 | 33.00 | 12.00 | 23.00 | 30.40 | 26.00 | 12.00 |
| | D380 | 6.20 x 12.20 | 0.70 - 2.50 | 2 | 5.25 | 22.00 | 34.00 | 11.00 | 18.00 | 27.10 | 23.80 | 28.90 |
| | D707 | 6.20 x 12.20 | 5.30 - 6.20 | 2 | 4.70 - 5.25 | | 67.00 | 11.00 | 34.00 | 32.00 | 36.50 | 22.00 |
| | F322 | N/A | N/A | 3 | 8.38 - 11.48 | | | 13.00 | 13.00 | 29.00 | 67.20 | 15.00 |
| | F324 | N/A | N/A | 1 | 5.14 - 6.38 | | | 16.00 | 12.00 | 27.80 | 30.00 | 12.00 |
| | F325 | N/A | N/A | 3 | 5.14 - 6.38 | | | 13.00 | 9.00 | 27.80 | 38.00 | 12.00 |
| | MP5377 | 1.0-3.0 Rib | N/A | 1 | 3.00 - 13.00 | 15.00 | 34.00 | 11.00 | 7.00 | 23.20 | 25.45 | 14.00 |
| | P8231 | 6.50 | 1.50 - 4.00 | 1 | 5.25 - 8.00 | 16.00 | 56.00 | 11.00 | 45.00 | 29.50 | 20.96 | 18.00 |
| | P8454 | M5 Stud | N/A | 1 | 4.0 - 18.00 | | | | | 50.00 | 34.00 | 30.00 |

# Wire, Cable & Tube Clips

**PART LIST & DIMS**

## Wire, Cable & Tube Clips | Plastic



| Plastic | Part Number | Panel Hole Size | Panel Thickness | # of Wires | Wire Diameter | Max. Insert to Panel (lbs) | Min. Retent. To Panel (lbs) | Max. Insert Cable (lbs) | Min. Retent. Cable (lbs) | "A" | "B" | "C" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P8682 | 12.20 x 6.20 | 0.70 - 3.00 | 2 | 8.0 - 12.0 | 7.00 | | 11.00 | 18.00 | 26.00 | 38.70 | 11.50 |
| | P8683 | M5 Stud | N/A | 3 | 8.00 - 12.00 | | | 11.00 | 18.00 | 26.00 | 69.00 | 11.50 |
| | P8852 | M5 Stud | N/A | 2 | 4.75 - 5.25 | 10.00 | 45.00 | 7.00 | 23.00 | 22.00 | 37.00 | 12.00 |
| | PRD04719 | N/A | 0.67 - 1.50 | 1 | 3.0 - 10.0 | | | | | 22.70 | 18.70 | 10.00 |
| | PRD04783 | 12.20 x 6.20 | 0.60 -2.00 | 1 | 5.0 - 15.0 | 15.00 | 56.00 | | | 16.70 | 50.00 | 21.00 |
| | PRD04937 | 12.20 x 6.20 | 0.70 -2.00 | 2 | 14, 9 | 11.00 | 22.00 | 11.00 | 6.00 | 20.00 | 43.00 | 20.00 |
| | PRD05232 | 10.20 | 0.70 - 4.00 | 3 | 8.0 - 10.0 | 11.00 | 45.00 | 15.00 | 11.00 | 19.00 | 48.20 | 12.00 |
| | PRD05279 | 24.20 x 12.20 | 0.80 | 1 | 4.00 | 7.00 | 6.00 | 7.00 | 6.00 | | | |
| | PRM03242 | N/A | N/A | 2 | 4, 5 | | | | | 9.00 | | 14.00 |
| | PRM03448 | 6.00 | N/A | 1 | 6.50 | | | 13.00 | 13.00 | 30.80 | 35.80 | 18.00 |
| | PRM03507 | 6.50 | 1.60 - 2.90 | 1 | 33.0 - 39.0 | | | | | | | 20.00 |
| | PRM03580 | | | 4 | 6, 8, 10, 21 | | | | | 47.20 | 36.60 | 28.20 |
| | PRM03664 | N/A | N/A | 1 | 11.40 | | | 13.00 | 50.00 | 18.00 | 23.50 | 15.00 |
| | PRM03686 | | | 3 | 12, 10, 5 | | | 15.00 | 36.00 | 19.50 | 53.00 | 17.50 |
| | PRM03774 | N/A | N/A | 3 | 10 - 18.2 | | | 9.00 | 42.00 | 33.00 | 86.30 | 36.00 |

## Wire, Cable & Tube Clips | Metal


30175


30176


C36214


PRF02738


SCO7363


SNU7731




| Metal | Part Number | Panel Thickness | # of Wires | Wire Diameter | Max. Insert to Panel (lbs) | Min. Retent. To Panel (lbs) | Max. Insert Cable (lbs) | Min. Retent. Cable (lbs) | "A" | "B" | "C" |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 30175 | 0.80 | 1 | 4.80 | 18.00 | 20.00 | | | 11.20 | 12.00 | 10.00 |
| | 30176 | 0.80 | 1 | 4.80 | 18.00 | 25.00 | | | 11.20 | 12.00 | 10.00 |
| | C36214 | 1.80 - 2.20 | 1 | 12.00 | 30.00 | 14.00 | 18.00 | 12.00 | 17.50 | 14.00 | |
| | PRF02738 | 1.60 | 1 | 2.00 - 4.00 | | 45.00 | 2.00 | 20.00 | 22.40 | 29.90 | 14.30 |
| | SCO7363 | 3.00 - 3.20 | 2 | 2.25 | | | | | 9.00 | 10.00 | 7.00 |
| | SNU7731 | 1.50 | 1 | 15.00 | 11.00 | | 1.50 | 2.00 | Y | | |

*Pictures are not to scale

lisi AUTOMOTIVE

# Plastic Nuts & Rivets

**PART FAMILY**

## About

Termax Plastic Nuts & Rivets are available in many shapes and sizes, depending on the application. Plastic Rivets can encompass a large range of panel thicknesses and hole sizes, as well as varying retention forces. Plastic Nuts are produced in multiple materials suited for different vehicle environments. The wide selection of Plastic Nuts & Rivets allows for flexibility in use all across the vehicle.



## Sealing

Plastic nuts are available in sealing and non sealing versions. Sealing nuts will be overmolded with rubber for maximum sealing capability.

## Rivet Removal Features

Rivets have features for removal and service that vary from screw out, pull out, and not removable.

## Application

Common areas Plastic Nuts & Rivet fasteners are applied.



TRUNK TRIM

INTERIOR DOORS

FRONT FASCIA

UNDER HOOD

WHEEL LINER

UNDERBODY



# Plastic Nuts & Rivets

## Plastic Nuts

        

00399   00607   01492   01841   D872   P1527   PRD04836   PRD04907   PRD05076

        

PRD05256   PRM02733   PRM02837   PRM02848   PRM03123   PRM03230   PRM03296   PRM03436   PRM03479



PRM03488



**Plastic Nuts**

| Part Number | Slot Width | Panel Thick. | Thread Size | Max. Insert (lbs) | Min. Extraction (lbs) | "A" | "B" | "C" | "D" |
|---|---|---|---|---|---|---|---|---|---|
| 00399 | 7.40 | 0.70 - 2.00 | 4.8 | | | 14.00 | 5.50 | 1.00 | 16.00 |
| 00607 | 7.00 | 2.10 | 4.2 | | | 14.00 | 5.50 | 1.00 | 11.00 |
| 01492 | 7.40 x 7.40 | 0.70 - 3.00 | 4.8 | | | 16.50 | 6.50 | 1.00 | 12.00 |
| 01841 | 7.40 x 7.40 | 0.70 - 2.20 | M4 x 16 | | | 21.30 | 8.30 | 1.70 | 15.00 |
| D872 | 10.0 x 16.50 | 0.70 - 1.20 | M6 | 7.00 | 22.00 | 19.30 | 9.70 | 2.50 | 22.00 |
| P1527 | 8.20 x 8.20 | 0.50 - 2.50 | | | | 11.20 | 8.40 | 0.80 | 12.00 |
| PRD04836 | 8.20 x 8.20 | 0.60 - 2.00 | M5 | 22.00 | 112.00 | 16.00 | 8.00 | 1.20 | 11.00 |
| PRD04907 | | | M6 | | | 15.00 | 19.50 | 1.00 | 24.00 |
| PRD05076 | 7.70 x 11.50 | 0.70 - 1.00 | | 10.00 | 45.00 | 17.50 | | 1.30 | 12.60 |
| PRD05256 | 10.00 x 2.80 | 2.00 | 4.5 | 7.00 | 40.00 | 13.90 | | 1.00 | 25.20 |
| PRM02733 | 7.40 x 7.40 | 0.70 - 2.50 | 4.8 | | | 16.50 | 6.50 | 1.00 | 12.00 |
| PRM02837 | 7.40 x 7.40 | 0.70 - 3.00 | 4.8 | | | 14.00 | 6.50 | 1.00 | 12.00 |
| PRM02848 | 7.40 x 7.40 | 0.70 - 3.00 | 4.8 | | | 16.50 | 6.50 | 1.00 | 12.00 |
| PRM03123 | 7.40 x 7.40 | 0.70 - 2.20 | M5 | | | 21.30 | 7.10 | 1.70 | 15.00 |
| PRM03230 | 8.20 | 0.70 - 2.50 | | | | 19.60 | | | 21.00 |
| PRM03296 | 7.40 | 0.60 - 3.00 | | | | 16.90 | | 1.00 | 12.20 |
| PRM03436 | 9.00 x 9.00 | 0.80 - 4.00 | M6 | | 45.00 | 18.60 | 13.50 | 1.75 | 18.20 |
| PRM03479 | 11.00 x 11.00 | 0.80 - 4.00 | 5.5 | | 45.00 | 18.50 | 15.80 | 1.00 | 16.00 |
| PRM03488 | 7.00 | 0.80 - 4.00 | M5 | | | 18.50 | | 1.00 | 12.20 |

*Pictures are not to scale

lisi AUTOMOTIVE

# Plastic Nuts & Rivets

**PART LIST**

## Plastic Rivets | Push On



EPL0109  F016  MP8755  P0904  P0935  P1506  P7288  P30035  P30228

PRD04766  PRD05553  PRM02836  PRM02846  PRM02847  PRM03120  PRM03286  PRM03679  PRM03711

PRM03737  PRM03739





| Part Number | Slot Width | Panel Thick. | Max. Insert (lbs) | Min. Retent. (lbs) | "A" | "B" | "C" | "D" |
|---|---|---|---|---|---|---|---|---|
| EPL0109 | 6.20 | 4.0 - 4.50 | | | 15.00 | 19.00 | 8.00 | 6.50 |
| F016 | 8.00 | 1.00 - 2.10 | 13.50 | 34.00 | 15.00 | 25.80 | 12.40 | 8.40 |
| MP8755 | 8.20 | 1.50 - 8.00 | 18.00 | 45.00 | 24.30 x 15.00 | 26.00 | 13.30 | 7.70 |
| P0904 | 6.00 | 3.00 - 6.00 | | | 15.00 | 19.00 | 8.00 | 6.50 |
| P0935 | 6.00 | 4.00 - 6.00 | | | 10.00 | 30.50 | 16.20 | 6.00 |
| P1506 | 6.00 | 2.00 - 6.00 | | | 10.00 | 27.10 | 15.00 | 6.00 |
| P7288 | 6.00 | 2.00 | | | 15.00 | 19.00 | 8.00 | 6.50 |
| P30035 | 8.00 - 9.20 | | | | 20.00 | 28.20 | 18.20 | 9.20 |
| P30228 | 6.40 | 3.60 | | | 15.00 | | 10.00 | 6.50 |
| PRD04766 | 6.50 | 3.80 - 6.00 | 7.00 | 56.00 | 22.00 | 26.80 | 13.80 | |
| PRD05553 | 8.20 | 6.00 - 9.00 | 11.00 | 45.00 | 22.00 | 29.60 | 16.00 | |
| PRM02836 | 6.40 | 2.50 | | 45.00 | 15.00 | 24.50 | 11.00 | 7.90 |
| PRM02846 | 16.00 | 2.30 - 3.30 | | | 24.00 | 41.00 | 22.60 | 17.50 |
| PRM02847 | 7.00 | 2.30 - 3.30 | | | 22.00 | 33.00 | 17.00 | 9.00 |
| PRM03120 | 7.40 x 9.00 | 0.80 - 3.00 | | | 25.00 | 21.00 | 9.00 | 8.40 |
| PRM03286 | 5.40 x 9.00 | 0.90 - 3.50 | 11.00 | 23.00 | 12.50 | 20.00 | 9.00 | 8.00 |
| PRM03679 | 8.00 | 2.20 - 4.50 | | | 18.00 | 22.50 | 10.00 | 8.00 |
| PRM03711 | 5.40 x 9.00 | 0.80 - 3.50 | 11.00 | 45.00 | 12.50 | 20.00 | 9.00 | 8.00 |
| PRM03737 | 8.00 - 8.40 | 2.20 - 4.50 | | | 18.00 | 22.50 | 10.00 | 8.00 |
| PRM03739 | 9.00 | 0.90 - 3.50 | | | 14.00 x 12.50 | 19.80 | 9.00 | 7.00 |

**Push On**

# Plastic Nuts & Rivets

**PART LIST**

## Plastic Rivets | Blind Rivets

    

F199    P7446    PRF02486    PRF02618    PRF02619    PRF02781



### Blind Rivets

| Part Number | Slot Width | Panel Thick. | "A" | "B" | "C" | "D" |
|---|---|---|---|---|---|---|
| F199 | 6.00 | 5.00 - 8.50 | 20.00 | 54.60 | 20.00 | 16.00 |
| P7446 | 6.00 | 4.00 - 6.00 | 20.00 | 54.60 | 21.00 | 5.80 |
| PRF02486 | 6.00 | 5.00 - 10.00 | 20.00 | 54.60 | 21.50 | 5.80 |
| PRF02618 | 6.00 | 5.00 - 10.00 | 20.00 | 54.60 | 21.50 | 18.00 |
| PRF02619 | 6.00 | 4.00 - 6.00 | 20.00 | 54.60 | 21.00 | 16.00 |
| PRF02781 | 6.00 | 5.00 - 8.50 | 20.00 | 54.60 | 20.00 | 16.00 |

## Plastic Nuts | Other



D572/
PRD04552

 

### Other

| Part Number | Panel Thick. | "A" | "B" | "C" | "D" | Retention Feature Y/N |
|---|---|---|---|---|---|---|
| D572/PRD04552 | 3.00 | 4.2 - 4.8 | 22.00 | 17.50 | 9.70 | Y |

lisi AUTOMOTIVE

# Specialty

PART FAMILY

## About

Termax is not limited to the specific categories highlighted in this book. We offer fastening solutions ranging from common S-clips to the more unique and customized solutions like one sided clips, barrel clips, U-clips for wide slots and rosettes. If you have a fastening need, Termax can provide your engineering solution.

## Innovative Solutions

Many of our products listed in this manual started as a custom fastener to address a specific fastening need for our customers. If you do not see what you are looking for, please do not hesitate to call.  We would be happy to develop the engineering solution you are looking for!



Wherever your application may be on the vehicle, we hope to be your

## Global Engineering Solutions Provider.



lisi AUTOMOTIVE

# SPECIALTY

**P A R T   L I S T**

## Specialty | Mini Clip



| 70007 | 70008 | 70009 | 70010 |

70011        70012



| | Part Number | Hole Diameter | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" Set-Up |
|---|---|---|---|---|---|---|---|---|---|---|
| **Mini Clip** | 70007 | 5.20 | 0.75 - 1.00 | 12.00 | 25.00 | 6.70 | 10.00 | 37.00 | 10.50 | 2.50 |
| | 70008 | 5.20 | 0.70 - 0.80 | 14.00 | 25.00 | 6.80 | 10.00 | 37.00 | 13.00 | 3.50 |
| | 70009 | 5.20 | 0.70 - 0.80 | 14.00 | 25.00 | 6.70 | 10.00 | 37.00 | 9.40 | 3.50 |
| | 70010 | 7.40 | 0.70 - 0.80 | 14.00 | 25.00 | 8.80 | 10.00 | 37.00 | 16.50 | |
| | 70011 | 5.50 | 0.75 - 1.00 | 12.00 | 25.00 | 7.00 | 10.00 | 36.40 | 8.90 | 4.60 |
| | 70012 | 5.50 | 0.60 - 0.70 | 12.00 | 25.00 | 6.70 | 10.00 | 36.5 | 8.3 | 2.75 |

lisi AUTOMOTIVE

# Specialty

**PART LIST**

## Specialty | Umbrella



*Pictures are not to scale

| Part Number | Slot Width | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" Set-Up |
|---|---|---|---|---|---|---|---|---|---|
| 1005668 | 8.00 | 0.50 - 0.80 | 10.00 | 25.00 | 17.00 | 16.00 | 28.00 | 10.00 | 1.50 |
| 1005705 | 8.00 | 0.80 - 1.50 | 10.00 | 25.00 | 17.00 | 16.00 | 28.00 | 10.00 | 1.50 |
| 1005710 | 8.00 | 1.50 - 2.00 | 10.00 | 25.00 | 17.00 | 16.00 | 28.00 | 10.00 | 1.50 |
| 1005711 | 8.00 | 2.00 - 2.50 | 10.00 | 25.00 | 17.00 | 16.00 | 28.00 | 10.00 | 1.50 |
| 1005712 | 8.00 | 0.50 - 0.80 | 10.00 | 25.00 | 17.00 | 16.00 | 28.00 | 10.00 | 1.50 |
| 1005713 | 8.00 | 0.80 - 1.50 | 10.00 | 25.00 | 17.00 | 16.00 | 28.00 | 10.00 | 1.50 |
| 1005714 | 8.00 | 1.50 - 2.00 | 10.00 | 25.00 | 17.00 | 16.00 | 28.00 | 10.00 | 1.50 |
| 1005715 | 8.00 | 2.00 - 2.50 | 10.00 | 25.00 | 17.00 | 16.00 | 28.00 | 10.00 | 1.50 |
| 1005718 | 8.00 | 1.50 - 2.00 | 10.00 | 25.00 | 17.00 | 16.00 | 28.00 | 10.00 | 1.50 |
| 1005719 | 8.00 | 2.00 - 2.50 | 10.00 | 25.00 | 17.00 | 16.00 | 28.00 | 10.00 | 1.50 |
| PRD05298 | 8.00 | 2.00 | | | 18.00 | 20.00 | 21.00 | | |
| PRM03543 | 8.00 | 0.50 - 1.50 | 13.00 | 25.00 | 14.40 | 17.60 | 28.00 | 7.60 | 3.00 |
| PRM03545 | 8.00 | 1.50 - 2.50 | 13.00 | 25.00 | 14.40 | 18.60 | 28.00 | 7.60 | 2.00 |
| PRM03586 | 8.00 | 2.50 - 3.00 | 14.00 | 27.00 | 14.30 | 19.30 | 28.00 | 7.80 | 1.80 |
| PRM03697 | 8.00 | 1.50 - 2.00 | 14.00 | 27.00 | 14.30 | 18.10 | 28.00 | 7.80 | 1.60 |
| PRM03698 | 8.00 | 0.80 - 1.80 | 14.00 | 27.00 | 14.30 | 18.10 | 28.00 | 7.80 | 2.00 |
| ZUS7501 | 8.00 | 1.50 - 2.00 | 13.00 | 22.00 | 14.30 | 17.60 | 28.00 | 7.80 | 1.40 |
| PRM03587 | 8.00 x 20.00 | 2.00 - 3.00 | 15.00 | 50.00 | 17.00 | 19.30 | 28.00 | | 2.20 |

**Umbrella**



# SPECIALTY

**PART LIST & DIMS**

## Specialty | Umbrella | Other Slot Sizes


71119


PRD04515


ZUS7503



| Part Number | Slot Width | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" | "E" Set-Up |
|---|---|---|---|---|---|---|---|---|---|
| 71119 | 7.00 | 1.00 - 2.20 | 12.00 | 30.00 | 15.00 | 19.30 | 28.00 | 9.30 | 4.80 |
| PRD04515 | 8.20 x 16.20 | 2.60 | 11.00 | 45.00 | 14.30 | | 28.00 | 10.80 | |
| ZUS7503 | 7.80 | 0.80 - 1.20 | 13.00 | 22.00 | 14.30 | | 28.00 | 7.60 | |

**Umbrella Other**

## Specialty | Push On


25333


25334


25336


25338



| Part Number | "A" | "B" | "C" |
|---|---|---|---|
| 25333 | 2.30 | 18.50 | 9.30 |
| 25334 | 1.78 | 17.27 | 5.26 |
| 25336 | 1.65 | 17.27 | 5.26 |
| 25338 | 0.38 | 17.60 | 6.60 |

**Push On**

*Pictures are not to scale

lisi AUTOMOTIVE

# Specialty

## PART LIST & DIMS

## Specialty | Grabber



07903



07950



| Part Number | Slot Width | Panel Thick. | "A" | "B" | "C" | "D" Set-Up |
|---|---|---|---|---|---|---|
| 07903 | 3.00 | 0.74 - 2.00 | 12.30 | 17.00 | 3.70 | 1.80 |
| 07950 | 3.00 | 0.74 - 2.00 | 12.30 | 15.50 | 3.50 | 2.00 |

## Specialty | Other



30903



30904



68091



68913



68914



| Part Number | Slot/Hole Width | Panel Thick. | Max. Insert (lbs) | Min. Retent (lbs) | "A" | "B" | "C" | "D" Set-Up |
|---|---|---|---|---|---|---|---|---|
| 30903 | 7.00 - 8.00 | 0.60 - 2.20 | 10.00 | 20.00 | 13.80 | 5.50 | 9.10 | 5.00 |
| 30904 | 7.00 - 8.00 | 0.70 - 3.00 | 30.00 | 35.00 | 13.80 | 5.60 | 9.20 | 4.90 |
| 68091 | See Best Practice | | | | | | | |
| 68913 | 10.00 | | 10.00 | 14.00 | 13.20 | 7.30 | | 3.70 |
| 68914 | 10.00 | | 15.00 | 20.00 | 13.20 | 7.30 | | 3.70 |

*Pictures are not to scale

lisi AUTOMOTIVE

# NOTES



# Engineering & Design

- Cutting Edge Engineering Design Center
- In-House Prototype Lab
- Dynamic Capabilities to Integrate Metal, Rubber & Plastic Components
- Complete CAD Compliant Systems and Fully Compliant Data Transition Management
- Quick Turnaround Times for Concepts & Engineering Support

# Manufacturing



**Molding & Stamping:**

- 73 Molding Machine
- 24 Fanuc Robots
- 22 Automated Insert Molding Cells
- 40 Multi Slides
- 10 NC Servo Machines
- 30 Punch Presses

**Automation:**

- 45 Automation Assembly Machines
- 10 Vision Inspection Machines
- 24 Mechanical Sorting Machines





## STRONG INDUSTRIAL ROOTS & RECOGNIZED EXPERTISE

A division of the LISI Group, LISI AUTOMOTIVE is a multi-specialist supplier for :

> • **Safety-critical fasteners & components**
> • **Engineered fastening solutions** designed to facilitate automotive assembly operations.

Its expertise in steel and plastic materials, and mastery of multiple manufacturing technologies, means LISI AUTOMOTIVE can offer you ground-breaking solutions, specially tailored to your needs.

Recognized as a reliable, innovative and expert supplier, LISI AUTOMOTIVE contributes to the development of tomorrow's vehicles by helping to improve the safety, comfort, environmental impact and ease of assembly of the products manufactured by its clients.

From its origins in 1777, LISI GROUP and LISI AUTOMOTIVE have evolved, improved and innovated in order to serve changing market needs, and continue to pursue objectives of ongoing improvement in industrial performance, quality & safety, delivery reliability and effective R&D, in harmony with respect for the environment, people and individual customer needs.

# SECURITY.
# QUALITY.
# SIMPLICITY.

With over **200 years of experience**, we offer a complete range of **fastening solutions** for OEMs, automakers and industrial vehicles.

Our automotive quality standards meet the needs of many automotive and industrial vehicle applications, such as:

- Engine and gearbox
- Seat mechanism
- Passenger safety systems
- Hydraulic brake systems
- Body in white
- Chassis, axles, steering and suspension
- Wheels
- Interior and exterior trim

Thanks to our multi-technology expertise in fastening, we develop and/or offer the most suitable solutions for each customer's problem.

## THEY TRUST US

 Award for « **Best Customer Attitude** » by Korean parts manufacturer Mando.

 Award for « **Best Supplier of 2017**» by German parts manufacturer ZF.

 Award for « **Best Performance** of the year by US parts manufacturer Adient.

 St-Florent-sur-Cher (FR)
Fuenlabrada (SP) plants won the « **Factory Supplier** » award by French manufacturer PSA.

 General Motors distinguishes 3 LISI AUTOMOTIVE factories with its **Supplier Quality Excellence** (based on 2017 KPI) : Lake Zurich (TX), Heidelberg and Mellrichstadt (CS)

# There is nothing we can't attach to a vehicle!

...however, if you find something that cannot, we would like to be your engineering solution!







**Sales and Engineering Offices:**
USA | EUROPE | CHINA
Visit us at www.lisi-automotive.com