IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS TOOL WORKS INC., | Civil Action No. 1:20-cv-05416 |
| Plaintiff, | Honorable Jeffrey I. Cummings |
| v. | |
| TERMAX COMPANY, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Illinois Tool Works Inc. ("ITW") and Defendant Termax Company ("Termax") hereby stipulate that all claims in the above-captioned action are hereby dismissed with prejudice. Each side shall bear its own costs, expenses, and attorney's fees.

Dated: December 28, 2023

/s/ *Christopher M. Scharff*
Eligio C. Pimentel
Christopher M. Scharff
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661
(312) 775-8000
(312) 775-8100 – fax
epimentel@mcandrews-ip.com
cscharff@mcandrews-ip.com

*Attorneys for Plaintiff Illinois Tool Works Inc.*

/s/ *Raymond R. Ricordati III*
Thomas L. Duston
Jonathan C. Hughley
Jeremy R. Kriegel
Raymond R. Ricordati III
Chelsea M. Murray
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, 6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300
(312) 474-0448
tduston@marshallip.com
jhughley@marshallip.com
jkriegel@marshallip.com
rricordati@marshallip.com
cmurray@marshallip.com

*Attorneys for Defendant Termax Company*