# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Illinois Tool Works Inc.

                            Plaintiff,

v.                                                       Case No.: 1:20–cv–05416

                                                                 Honorable Jeffrey I Cummings

Termax LLC, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 2, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: Pursuant to the parties' joint stipulation to dismiss [205], this case is dismissed with prejudice with each party to bear its own costs and fees. Civil case terminated. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.